ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID ROTHENBERG, ESQ.
Nevada Bar #13576
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Third-Party Defendant*
*(named herein as a "Cross-Defendant"),*
*Southern Highlands Community Association*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

In re

ALESSI & KOENIG, LLC,

　　　　　Debtor.

Case No.: BK-S-16-16593-ABL
Adv. Case No.: *17-01032*
Chapter 7

CKVC INVESTMENTS LLC,

　　　　　Plaintiff.

vs.

SANDRA A. BOBE: AND IVAN D.
WINDER: AND NATIONSTAR
MORTGAGE LLC; AND SOUTHERN
HIGHLANDS COMMUNITY
ASSOCIATION: AND ROYAL
HIGHLANDS STREET AND LANDSCAPE
MAINTENANCE CORPORATION; AND
THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK. AS
SUCCESSOR TRUSTEE TO JPMORGAN
CHASE BANK, N.A., AS TRUSTEE FOR
THE HOLDERS OF SAMI II TRUST 2006-
AR7, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR7; AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; DOES I-
V, INCLUSIVE, ROE CORPORATIONS I-
V,

**MOTION TO REMAND ACTION TO
NEVADA STATE COURT**

Date of Hearing:  na
Time of Hearing:  na
Place:

Judge: Hon. August B. Landis

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-1-

KB/24151

INCLUSIVE,

Defendants.

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK AS
SUCCESSOR TRUSTEE TO JPMORGAN
CHASE BANK, N.A., AS TRUSTEE FOR
THE HOLDERS OF SAMI II TRUST 2006-
AR7, MORTGAGE-PASS THROUGH
CERTIFICATES, SERIES 2006-AR7,

Counter-claimant,

vs.

CKVC INVESTMENTS, LLC,

Counter-defendant

---

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK AS
SUCCESSOR TRUSTEE TO JPMORGAN
CHASE BANK, N.A., AS TRUSTEE FOR
THE HOLDERS OF SAMI II TRUST 2006-
AR7, MORTGAGE-PASS THROUGH
CERTIFICATES, SERIES 2006-AR7,

Cross-Claimant

vs.

SOUTHERN HIGHLANDS COMMUNITY
ASSOCIATION; and ALESSI & KOENIG,
LLC,

Cross-Defendants

## MOTION TO REMAND ACTION TO NEVADA STATE COURT

COMES NOW, the SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION (the

"Association"), the involuntarily removed third party who hired Debtor ALESSI & KOENIG,

LLC ("Debtor" or "Alessi") for their expertise to properly conduct foreclosure auctions, though

-2-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

their counsel, and hereby move pursuant to 28 U.S.C. §§ 1447(c) and 1452(b) and for an order remanding to the Eighth Judicial District Court, Clark County, Nevada, any and all claims and causes of action removed by BANK OF AMERICA, N.A. (the "Bank") pursuant to the Notice of Removal filed herein on March 8, 2017.  See ECF No. 181.[1]

The removals sought by the Bank and by the other Banks[2] in this bankruptcy case are nothing more than blatant forum shopping: in state courts the Banks are likely to lose their cases. Beginning on February 8, 2016, less than two weeks after the January 26, 2016 decision by the Nevada Supreme Court in *Saticoy Bay*[3] the Banks began to remove hundreds of State Court actions[4] to escape the *Saticoy Bay* ruling. They want to litigate these cases in the Bankruptcy Court because they believe that a beneficial Ninth Circuit's ruling in *Bourne Valley*[5] will provide a more favorable outcome. *See, e.g.*, ECF Nos. 94 at 3, 108 at 3, 117 at 3 (Motions for Determination, asserting no justification for removal beyond forum shopping based on the Bourne Valley ruling).

/ / /

/ / /

___

1 References to documents in this Court's record are to "ECF No. X at Y" where "X" is the docket number and "Y" is the document's page number.  References to the state court records annexed to the notices of removal filed herein are to "ECF No. X, Ex. Y, PDF p. Z" where "X" is the docket number, "Y" is the Exhibit number, and "Z" is electronic PDF page number assigned by the CM / ECF system on the document's header.  The Federal Rules of Bankruptcy Procedure are referred to herein as "FRBP".  The Federal Rules of Civil Procedure are referred to herein as "FRCP". The Nevada Rules of Civil Procedure are referred to herein as "NRCP".
2 The term "Banks" as used herein collectively refers to the financial institutions and loan servicers that have removed or intend to remove to this Court various Nevada state court lawsuits concerning non-judicial foreclosure proceedings.
3 *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage, a Div. of Wells Fargo Bank, N.A.*, 133 Nev. Adv. Op. 5, 388 P.3d 970, 2017 WL 398426 (Nev. Jan. 26, 2017).
4 The term "State Court actions" as used herein collectively refers to the state court proceedings concerning non-judicial foreclosures which the Banks have removed or intend to remove to this Court, including the one sought to be removed by U.S. Bank in ECF No. 228.
5 *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, 832 F.3d 1154 (9th Cir. 2016).

-3-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

## MEMORANDUM OF POINTS & AUTHORITIES

### I.

### RELEVANT FACTS AND PROCEDURAL HISTORY

1.    On May 7, 2015, Plaintiff CKVC INVESTMENTS LLC commenced this action in the Eighth Judicial District Court for Clark County, Nevada by filing a Complaint to Quiet title. *See*, ECF No. 181, Ex. 1.

2.    On June 23, 2015, the Association was dismissed as a Defendant without prejudice by CKVC. *See*, ECF No. 181, Ex. 17. In response, on July 9, 2015, the Bank filed its Answer and Cross-Claim against the Association. *See*, ECF No. 181, Ex. 24.

3.    According to the Bank's Cross-Claim, the only claim that the Bank has really asserted against this moving Third-Party Defendant is that it failed to comply with statutory non-judicial foreclosure procedures, in particular the notice provisions of NRS Chapter 116. *See*, ECF No. 181, Ex. 24, at ¶¶ 59-68. The Bank has also alleged that the Association was unjustly enriched by any funds received from the HOA foreclosure sale above the super-priority amount of its lien. Id. at ¶¶ 58-63.

4.    The property in question is located within the Association at 10852 Fishers Island, Las Vegas, Nevada 89141 (the "subject property") and not related to debtor. Id. at ¶ 3. The borrowers failed to pay the monthly association fees to the Association, and as a result, the Association's collection counsel, Debtor, recorded a Notice of Delinquent Assessment (Lien) as part of its efforts to collect the outstanding amount due. Id. at ¶ 19.

5.    Alessi then filed a Notice of Default and Election to Sell. Id. at ¶ 20. Alessi recorded a Notice of Trustee's Sale. Id. at ¶ 22.

6.    These foreclosures have resulted in extensive litigation in both Nevada State District Courts and Federal District Courts.

KB/24151

7.    Alessi was a law firm that conducted foreclosure sales for many homeowners associations on their liens, including this involuntarily removed Association.    Debtor commenced the instant case under Chapter 7 of title 11 of the United States Code on December 13, 2016. *See*, ECF No. 53.

8.    On November 17, 2016 the Court denied all parties' Motions for Summary Judgment. *See*, ECF No. 56.

9.    On December 1, 2016, at the pre-trial conference, the trial in this matter was already continued once to allow the parties to prepare. On February 9, 2017, the Bank brought up its intent to remove this matter during the continued pre-trial calendar call, after the ruling in *Saticoy Bay*, and the matter was stayed until the bankruptcy stay could be lifted. Id.

10.    The Nevada Supreme Court has interpreted 116.3116 et seq. ("NRS Chapter 116") to give homeowners associations a "super priority" lien on a homeowner's property for up to nine months of unpaid association dues, which extinguishes all junior interests in the property, including a mortgage lender's first deed of trust. *See*, *SFR Investments Pool 1 v. U.S. Bank*, 334 P.3d 408 (Nev. 2014).

11.    On August 12, 2016, a divided Ninth Circuit panel issued its decision in *Bourne Valley*. There, a divided panel of the Ninth Circuit held that Nevada Revised Statutes Chapter 116's so-called "opt-in" non-judicial foreclosure notice procedure, "facially violated mortgage lenders' constitutional due process rights." Id., 832 F.3d at 1160.[6] The *Bourne Valley* majority opinion did not address the fact that the Supreme Court of Nevada had already construed NRS Chapter 116 as incorporating notice to the mortgage lenders in various ways independent of the

---

6 *See*, id. at 1156 ("We hold that the Statute's 'opt-in' notice scheme, which required a homeowners' association to alert a mortgage lender that it intended to foreclose only if the lender had affirmatively requested notice, facially violated the lender's constitutional due process rights under the Fourteenth Amendment to the Federal Constitution.")

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

so-called "opt-in" procedure. Even the dissenting justices in SFR agreed that the Nevada Supreme Court's acknowledgement of the other forms of notice was the proper interpretation of Nevada's statutory scheme. *See*, *SFR*, 334 P.3d at 422. Further, the Supreme Court of Nevada has already concluded that NRS 116 does not offend due process. Id. at 418.

12.    On January 26, 2017, the Nevada Supreme Court held in *Saticoy Bay* that the foreclosure procedures set forth under NRS 116.3116 et seq. are Constitutional and the Banks' arguments related to due process fail because of no state actor.[7]

13.    In *Saticoy Bay*, the Nevada Supreme Court restated its interpretation of NRS 116.3116(4). Because the Nevada Supreme Court construed the statute as a whole, it concluded that "[the bank] 'was on notice that by operation of the statute, the [earlier recorded] CC&Rs might entitle the HOA to a super priority lien . . . which would take priority over a [later recorded] first deed of trust.'" *Saticoy Bay*, 2017 WL 398426 at *4 (quoting *SFR*, 334 P.3d at 418 (alterations in original)). Because the Nevada Supreme Court rejected the statutory interpretation relied on in *Bourne Valley* and found that due process was not implicated, the statutory interpretation of Nevada law in *Saticoy Bay* is now controlling. Pursuant to Ninth Circuit precedent, *Saticoy Bay* is an "intervening decision on controlling state law by a state court of last resort."[8]

---

7 *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage*, 133 Nev. Advance Opinion, No. 68630 (Nev. Jan. 26, 2017).

8 *Miller v. Gammie*, 335 F.3d 889, 892-893 (9th Cir. 2003) ("where the reasoning or theory of our prior circuit authority is clearly irreconcilable with the reasoning or theory of intervening higher authority, [a court] should consider itself bound by the later . . . and reject the prior circuit opinion as . . . overruled."); *United States v. Swisher*, 771 F.3d 514, 524 (9th Cir. 2014); *CRST Van Expedited, Inc. v. Werner Enterprises, Inc.*, 479 F.3d 1099, 1106 n.6 (9th Cir. 2007); *High v. Ignacio*, 408 F.3d 585, 590 (9th Cir. 2005) ("This court accepts a state court ruling on questions of state law."); *Rotec Indus., Inc. v. Mitsubishi Corp.*, 348 F.3d 1116, 1122 n.3 (9th Cir. 2003); *Cal. Teachers Ass'n v. State Bd. of Educ.*, 271 F.3d 1141, 1146 (9th Cir. 2001); *Pershing Park Villas Homeowners Ass'n v. United Pac. Ins. Co.*, 219 F.3d 895, 903 (9th Cir. 2000); *Owen v. United States*, 713 F.2d 1461, 1464 (9th Cir.1983) (Ninth Circuit's interpretation of Nevada law

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

14.    The Ninth Circuit's *Bourne Valley* ruling and the Nevada Supreme Court's *Saticoy Bay* ruling are in direct conflict and certiorari proceedings as to both cases are now pending before the United States Supreme Court.[9]

15.    The Banks waited until February 8, 2017 to file a motion to lift the stay in an effort to remove the matter from state court. *See, e.g.*, ECF Nos. 94 at 3, 108 at 3, 117 at 3

16.    On March 8, 2017, the Bank filed a removal action to bring the matter to this Court under the guise of resolving the bankruptcy. *See*, ECF No. 181.

## II.

## LEGAL ARGUMENT

### A.    LEGAL STANDARDS

The removing party bears the burden of establishing federal jurisdiction and that removal was proper. *See Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 684 (9th Cir. 2006) (It is "a longstanding, near canonical rule that the burden on removal rests with the removing defendant.") (citations omitted); *see also Gaus v. Miles, Inc.*, 980 F.2d 564,566 (9th Cir. 1992) ("The 'strong presumption' against removal jurisdiction means that the defendant always has the

---

is "only binding in the absence of any subsequent indication from the [Nevada] courts that our interpretation was incorrect."); *see also Bonilla v. Adams*, 423 F. App'x 738, 740 (9th Cir. 2011) ("We are required to follow intervening decisions of the [Nevada] Supreme Court that interpret state law in a way that contradicts our earlier interpretation of that law."); *Henderson v. Pfizer, Inc.*, 285 F. App'x 370, 373 (9th Cir. 2008) ("a state supreme court can overrule us on a question of state law"); *see also O'Brien v. Skinner*, 414 U.S. 524, 531 (1974) ("It is not our function to construe a state statute contrary to the construction given it by the highest court of a State.").

9 Bourne Valley Court Trust will be filing a certiorari petition with the United States Supreme Court. See Dkt. No. 72-1, Bourne Valley Court Trust v. Wells Fargo Bank, N.A., No. 15-15233 (9th Cir. 2016) (filed Nov. 9, 2016). On January 30, 2017, the United States Supreme Court granted Bourne Valley Court Trust's motion to extend time to file its petition for writ of certiorari until April 3, 2017. See Bourne Valley Court Trust v. Wells Fargo Bank, NA., Case No. 16A753 (Sup. Ct. 2016) (filed Jan. 30, 2017). On February 8, 2017, the Nevada Supreme Court granted a stay of remittitur in Saticoy Bay based on Wells Fargo's stated intent to file a petition for writ of certiorari to the U.S. Supreme Court. Case No. 68630, Order Granting Motion to Stay Remittitur (Nev. Feb. 8, 2017).

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

1    burden of establishing that removal is proper."). In determining whether the removing party has

2    satisfied this burden, federal courts construe removal statutes, like other jurisdictional statutes,

3    strictly because federal courts are courts of limited jurisdiction, and the rights of states are to be

4    respected.[10]

5         Applying these principles, district courts have strictly construed the removal provision in

6    28 U.S.C. § 1452(a). *See, e.g., Lipoderm inst., Inc. v. Moca Holdings, LLC*, No. CV 10-02389-

7    RGK, 2010 WL 1708848, at *1 (C.D. Ca. April 27, 2010) (where the defendants had removed an

8    action based upon § 1452(a), the court stated that the "Ninth Circuit has held unequivocally that

9    the removal statute is construed strictly against removal" and remanded the action to Los

10   Angeles Superior Court because removal was improper). Finally, because federal courts strictly

11   construe removal statutes, all doubts are resolved in favor of remand. *Gaus*, 980 F.2d at 564,

12   566.

13        A federal bankruptcy court can consider, sua sponte, its jurisdiction over the subject

14   matter and whether to remand the matter to the state court and does not have to rely upon a

15   motion by any party to remand a case under § 1452(b). *See Driggers v. Exchange Parts (In re

16   Exchange Parts)*, 138 B.R. 585, 586 (Bkrtcy.W.D.Ark.1992); *Smith v. City of Picayune*, 795

17   F.2d 482 (5th Cir.1986). The numerously persuasive equitable considerations in this matter favor

18   that the State Court Action should be tried in its original forum and therefore this Court should

19   remand this matter. Chief among these considerations is the blatant forum shopping on the part

20   of the removing party.

21   / / /

22   10 *See Syngenta Crop Prot., Inc. v. Henson*, 537 U.S. 28, 32 (2002); *Kokkonen v. Guardian Life
     Ins. Co. of Am.*, 511 U.S. 375,377 (1994); *Shamrock Oil & Gas Corp. v. Sheets,* 313 U.S. 100,

23   108–09, (1941); *Healy v. Ratta,* 292 U.S. 263, 270 (1934); *Matthews v. Rodgers*, 284 U.S. 521,
     525 (1932); *Valdez v. Allstate Ins. Co.*, 372·F.3d 1115, 1117 (9th Cir. 2004); *Gould v. Mutual

24   Life Ins. Co. of N.Y.*, 790 F.2d 769, 773 (9th Cir. 1986).

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

A bankruptcy court's broad power to remand is provided in 28 U.S.C. § 1452(b). Section 1452(b) provides that "a court to which an action is removed may remand the action on '**any equitable ground**.'" *In re Roman Catholic Bishop of San Diego*, 374 B.R. 756, 761 (Bankr. S.D. Cal. 2007) (emphasis added). "This 'any equitable ground' remand standard is an unusually broad grant of authority.  It subsumes and reaches beyond all of the reasons for remand under nonbankruptcy removal statutes." *McCarthy v. Prince*, 230 B.R. 414, 417 (BAP 9th Cir. 1999) (citing *Chambers v. Marathon Home Loans*, 96 B.R. 296, 299-300 (Bankr. E.D. Cal. 1989). No exceptional or special circumstances are required. *Roman Catholic Bishop of San Diego*, 374 B.R. at 761. The standard for remand is not statutorily defined. However, case law has provided "factors" to assist with the remand decision. *See In re Enron Corp.*, 296 B.R. 505, 508–9 (C.D.Cal.2003).

The Ninth Circuit considers a range of factors in determining whether to remand on equitable grounds. These factors include: 1) the likelihood that the commencement of the proceeding in bankruptcy court involves forum shopping by one of the parties;  2) the effect or lack thereof on the efficient administration of the estate if the Court recommends remand; 3) the extent to which state law issues predominate over bankruptcy issues; 4) comity; 5) jurisdictional basis, if any, other than § 1334;  6) presence of related proceeding commenced in state court or other nonbankruptcy proceeding;  7) the degree of relatedness or remoteness of state court proceeding to main bankruptcy case;  8) the substance rather than the form of an asserted core proceeding;  9) the feasibility of severing state law claims from core bankruptcy matters to allow judgments to be entered in state court with enforcement left to the bankruptcy court;  10) the existence of a right to a jury trial; 11) difficult or unsettled nature of applicable law; 12) the burden on the bankruptcy court's docket;  13) the presence in the proceeding of nondebtor

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-9-

KB/24151

1    parties; and 14) the prejudice to the party involuntarily removed from state court.[11]

2    While these factors can assist a court's decision, they are not requirements and no one

3    factor is required because the standard remains that **any** equitable ground is enough to remand.

4    *In re Roman Catholic Bishop of San Diego*, 374 B.R., at 762. Further,"[w]hen a state court

5    proceeding sounds in state law and bears a limited connection to a debtor's bankruptcy case,

6    abstention is particularly compelling." *In re Enron Corp.*, 296 B.R. at 509 (quoting *In re United*

7    *Container LLC*, 284 B.R. 162 (Bankr.S.D.Fla.2002)). Here, nearly all of the equitable factors

8    strongly favor remand.

9    **B.    THE APPLICATION OF EQUITABLE FACTORS IN THIS MATTER STRONGLY FAVOR REMAND**

10

11    **1.    The Commencement of This Proceeding in Bankruptcy Court Involves Blatant Forum Shopping by the Bank**

12    This first factor is fully in favor of remand as the Bank removed this matter for the sole

13    purpose of forum shopping.[12] Courts will remand a matter if there appears to be forum shopping,

14    ─────────────

15    11 *See, In re Cedar Funding, Inc.*, 419 B.R. 807, 820  n.18 (9th Cir. BAP 2009)(citing *In re Enron Corp.*, 296 B.R. 505, 508 n.2 (C.D. Cal. 2003)); *Brown v. Affiliated Computer Servs.*, No. C08-5367 FDB, 2008 WL 2856854, at *2 (W.D. Wash. July 21 2008) (citing *In re Cytodyn of NM., Inc.*, 374 B.R. 733, 738 (Bankr. C.D. Cal. 2007) and *Citigroup, Inc. v. Pac. Inv. Mgmt. Co.*, 296 B.R. 505, 508 (C.D. Cal. 2003)). *See also In re Tucson Estates*, 912 F.2d 1162 (9th Cir. 1990).

16

17

18    12 *See, e.g.*, ECF No. 328 at 7:16-20, Motion to Set Case Management Conference (Bank of America, N.A., attaching list of *all removed state court actions herein to date*, stating, "A dispositive question in each removed action is whether the Debtor's foreclosure, conducted pursuant to a statute that the Ninth Circuit deemed unconstitutional, could have extinguished the first deed of trust; or whether, as BANA believes, such deed of trust was not extinguished and continues to encumber the property. *See Bourne Valley*, 832 F.3d at 1160. A determination on the facial due process violation inherent in the Debtor's foreclosure sales would dispose of a key issue in all of the removed cases."); *see also* ECF No. 94 at 3, Motion for Determination (Bank of America, N.A.); ECF No. 108 at 3 Motion for Determination (Caliber Home Loans, Inc., Fay Servicing, LLC, Nationstar Mortgage, LLC, Bayview Loan Servicing, LLC, Select Portfolio Servicing, Inc., Carrington Mortgage, Citibank, Shellpoint Mortgage Servicing, Ocwen Loan Servicing, LLC, Specialized Loan Servicing, LLC, BSI Financial Services, Inc., Residential Credit Solutions, Inc., Seterus, Inc., and Ditech Financial, LLC (*see* ECF. No. 107 at 7-15 (identified under column entitled "Lender Entity")); ECF No. 117 at 3, Motion for Determination

19

20

21

22

23

24

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

1    even from the mere removal after losing a Motion for Summary Judgment. *In re Schempp Real*

2    *Estate, LLC*, 303 B.R. 866, 878 (Bankr. D. Colo. 2003).

3        Here, the Banks have removed hundreds of State Court actions merely to avoid the

4    Nevada Supreme Court's ruling in *Saticoy Bay*, and to exploit non-dispositive case law based on

5    the Ninth Circuit's ruling in *Bourne Valley*. The Banks' removal of this matter only came about

6    after the Nevada Supreme Court rendered its decision in *Saticoy Bay* on January 26, 2017, whose

7    outcome is completely opposite of *Bourne Valley*.[13] This matter was not even stayed in state

8    court after the debtor's Bankruptcy on December 13, 2016, but done quickly after the decision in

9    *Saticoy Bay* was rendered at the continued pre-trial conference.

10        The Nevada Supreme Court held in *Saticoy Bay* that there is no state actor involved in a

11    foreclosure sale and therefore the Bank's due process claims, as well as similar claims, fail in

12    state court. While the Nevada Supreme Court's determination of absence of state action in

13    *Saticoy Bay* devastated the vast majority of claims by the Banks in the State Court actions, the

14    true impact of the case concerned its determination on notice.   In *Saticoy Bay*, the Nevada

15    Supreme Court restated its interpretation of NRS 116.3116(4). It construed the statute as a

16    whole, concluding that "[the bank] 'was on notice that by operation of the statute, the [earlier

17    recorded] CC&Rs might entitle the HOA to a super priority lien . . . which would take priority

18    over a [later recorded] first deed of trust.'" *Saticoy Bay*, 2017 WL 398426 at *4 (quoting *SFR*,

19    334 P.3d at 418 (alterations in original)).   This rendered the lack of notice defense based on

20    *Bourne Valley* on which the Banks have relied to argue that the non-judicial foreclosures sales

21    did not divest them of their interest in the foreclosed properties under their deeds of trust moot;

22    the very defense which they rely on for their proposed omnibus dispositive motion is now

23    (PennyMac Loan Services, LLC, Nationstar Mortgage, LLC, Bayview Loan Servicing, LLC).

24    13

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

meritless. *See* n.14, *supra*, and accompanying text.

In an effort to preserve its claims, the Bank is now seeking non-dispositive federal law by forum shopping under the guise of efficient administration of the debtor's bankruptcy. The Banks' hope is that this Court will follow their attempts to muddy the waters by taking positions in relation to NRS Chapter 116's non-judicial foreclosure statutes that will conflict with those of the Nevada Supreme Court in *Saticoy Bay* on matters of dispositive state law that are prejudicial to the Banks. In light of the Bank's forum shopping, this factor alone should provide sufficient equitable ground to remand this matter.

### 2.    The Lack of Efficient Administration of the Estate if the Court Retains This Matter Favors Remand

The second factor weighs in favor of remand because of the factual and legal issues that must be resolved prior to any resolution of the claims. Bankruptcy courts have remanded cases where "absent a settlement of the claims, prompt resolution of these claims through the bankruptcy process is unlikely." *In re Roman Catholic Bishop of San Diego*, 374 B.R. 756, 762 (Bankr. S.D. Cal. 2007); *see also*, *Brown*, 2008 WL 2856854, at *2 ("Additionally, remand of this action will not ... affect the administration of any bankruptcy estate because it is the outcome of the case, not whether the claims are tried in state or federal court, that may have repercussions in bankruptcy.").

Here, the resolution of which party has an interest in the real property is not central to the administration of the Debtor's bankruptcy case because the debtor has no interest in the property. Prompt resolution of these claims through the bankruptcy process is unlikely as the claims have already been going on for years in state court. Further, the Bank's main due process claim was settled in state court prior to it removing this matter, which now requires re-litigation and additional discovery to argue the applicability of conflicting federal law, which is not even

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1   dispositive. Moreover, the Bank admits in the financial entities' Motion to Set Confirmation

2   Hearing that all these matters are too much for the Court's docket. See, ECF No. 329.

3          In addition to the scope of the prejudice heaped upon the involuntarily removed parties

4   and this Court resulting from the Bank's removal of this matter, the Banks have made clear their

5   intention to remove not only this case, but every state court case in which Debtor is a party based

6   on its operations as a trustee.[14]   The cases will number in the hundreds.  The Banks' will likely

7   file several dozen more notices of removal *after* the deadline. *See* ECF Nos. 147, 148.  As of the

8   date of this filing, over 150 notices of removal have been filed. This Court will suffer the burden

9   of having to oversee and administer these State Court actions which are each fact specific and

10  will not benefit the estate, the Debtor, or the creditors. Retention of this matter will be

11  devastating to the efficient administration of the bankruptcy estate, weighing strongly in favor of

12  remand.

13         **3.      State Law Issues Predominate Over Bankruptcy Issues, Which Favor
                     Remand**

14         This third factor is fully in favor of remand as the entire issue is regarding Nevada State

15  law. State law issues not only predominate in this litigation; all claims are based on state law,

16  with no unique federal bankruptcy issues. Specifically, the center issue to this and all related

17  matters is regarding NRS 116.3116 and the foreclosure of the subject real property. The Nevada

18  Supreme Court has already addressed and resolved the issue of constitutionality in *Saticoy Bay*,

19  finding NRS 116.3116 to be Constitutional and does not violate due process.

20         Both *Bourne Valley* and *Saticoy Bay* are being submitted for certiorari to the United

21  States Supreme Court. No matter how the pending certiorari proceedings are resolved, the

22  _____

23  14 *See* n.14, *supra*; *see also* ECF No. 130 at 32-53, 64-66 (Debtor's Schedules listing 209
    actions in the Nevada District Courts, and one in Las Vegas Justice Court).  Also listed are 174
24  additional cases currently pending in Nevada Real Estate Division Mediation which likely will
    soon end up in the Nevada District Courts. *See id.* at 66-82.

KB/24151

question of how to apply Nevada's non-judicial foreclosure system post-*Bourne Valley* and how *Saticoy Bay* applies will be a question that must ultimately be resolved by the state courts, not a federal court, and that state ruling will be binding on this Court.[15] Further, this issue is dispositive in state court and the remaining claims are fact specific to this case. There are no bankruptcy issues that need to be determined before the case can be tried. Further, the State trial and appellate courts are absolutely competent to handle the issues surrounding the state law claims in this case. As such, this factor weighs in favor of remand.

### 4.    The Interests of Comity Towards State Court Favor Remand

This fourth factor is in favor of remand as not doing so would outright render the Nevada Supreme Court's decision in *Saticoy Bay* meaningless in state court. Comity arises from the deference of one sovereign to another and "focuses on the state's interest in developing its law and applying its law to its citizens." *ML Media Partners, L.P. v. Century/ML Cable Venture (In re Adelphia Communications Corp.)* 285 B.R. 127, 136–137 (Bankr.S.D.N.Y.2002) (citing *Renaissance Cosmetics*, 277 B.R. at 16); River Center Holdings, 288 B.R. at 70. A state court's familiarity with the issues also favors remand under comity. *Shiboleth v. Yerushalmi*, 412 B.R. 113, 118 (S.D.N.Y. 2009) In *Shiboleth* remand was warranted because the state court had greater familiarity with the issues after two years of being on the docket. Id. at 121.

Comity and the resolution of state law questions by state courts favors remand. *Thomasson v. AmSouth Bank, N.A.*, 59 B.R. 997, 1002 (N.D.Ala.1986)(The presence of facts supporting abstention, when coupled with related considerations of comity and preference for the resolution of state law questions by state courts, implied in section 1452(b), "tips the scales of

---

15 *See* n.9, *supra; see also, e.g., Long Beach Area Peace Network v. City of Long Beach*, 574 F.3d 1011, 1016 (9th Cir. 2009) ("We remand to allow the district court to determine whether the unconstitutional provisions are severable from the remainder of § 5.60"); *see also Arizona Libertarian Party v. Bayless*, 351 F.3d 1277, 1283 (9th Cir. 2003). Severability is a question of state law. *Leavitt v. Jane L.*, 518 U.S. 137, 139 (1996).

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

equity in favor of remand…"); *In re Hilsman*, 351 B.R. 209, 217 (Bankr.N.D.Ala.2006). State courts have more expertise in interpreting state law, which weighs in favor of remand. *In re Enron Corp.*, 296 B.R. 505, 509 (C.D. Cal. 2003). "The presence of federal constitutional defenses already unsuccessfully litigated does not cause the federal government to have an equally compelling interest." *In re Roman Catholic Bishop of San Diego*, 374 B.R. 756, 764 (Bankr. S.D. Cal. 2007). Remand based on deference to state court is appropriate when the removed action was "already scheduled for trial before the state court." *In re Wolford*, No. 2:15-AP-01530-RK, 2016 WL 65791, at *3 (Bankr. C.D. Cal. Jan. 4, 2016).

Here, the central issue in the State Court actions is Nevada's non-judicial foreclosure statutes. This matter was filed over a year ago and is based on state law. The Bank removed this matter after Saticoy Bay, after the close of discovery and dispositive motions, during the parties' preparation of trial on March 13, 2017. The Nevada Supreme Court has already resolved any constitutional issues of due process in *Saticoy Bay* prior to this removal. The Banks' unsuccessful litigation of that issue does not warrant a second chance under more favorable federal law. The only issues that remain (ownership and interest in land) are questions of state law, which Nevada has a compelling interest in because the land is located in Nevada and most of the parties reside within Nevada. Further, this matter was preparing for trial, which Nevada also has an interest in resolving under state law.

The Banks' federal constitutional defenses were already unsuccessfully litigated in front of the Nevada Supreme Court. While both *Bourne Valley* and *Saticoy Bay* are currently before the Supreme Court in certiorari proceedings, whatever happens in those certiorari proceedings, it is the Nevada state courts that will have to finally resolve the operation of Nevada's non-judicial foreclosure statutes. As such, comity strongly favors the state court forum over the federal court.

/ / /

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-15-

**5.     The Jurisdictional Basis of This Matter Renders This Factor, at Best, Neutral**

The fifth factor is, at best, neutral. Courts have viewed this factor as neutral even when there is "no question that this court could retain the litigation in bankruptcy court as related to the bankruptcy case, pursuant to 28 U.S.C. § 1334." *In re Peak Web LLC*, 559 B.R. 738, 743 (Bankr. D. Or. 2016), *aff'd sub nom. Mach. Zone, Inc. v. Peak Web, LLC*, 16-03083-PCM, 2017 WL 517796 (D. Or. Feb. 7, 2017).

Here, the Bank's claims in the State Court action are quieting title, declaratory relief, and unjust enrichment. See ECF No. 181, Ex. 24. All the State Court actions are based solely on state law grounds. The Nevada District Courts have original jurisdiction over the subject matter of the State Court actions under the Nevada Constitution, Art. 6, sec. 6, and NRS 4.370 and venue is proper there under NRS 13.010(a). Whether or not there is a basis for diversity jurisdiction is not an important factor in deciding whether to remand in this case. While this court could retain the litigation in bankruptcy court as related to the bankruptcy case, there are no federal law claims, only defenses. This factor is, at best, neutral.

**6.     The Presence of Related Proceeding Commenced in State Court or Other Non-bankruptcy Proceeding Favors Remand**

The sixth factor weighs in favor of remand. This factor weighs against remand when there are no other related proceedings in state court. See, *In re Doctors Hosp. 1997, L.P.*, 351 B.R. 813, 848 (Bankr. S.D. Tex. 2006). Remand is warranted when the nature of bankruptcy proceeding was not initiated by the party in this adversary proceeding as a claim against the estate, but as a counterclaim to a state law cause of action. *In re Republic Reader's Serv., Inc.*, 81 B.R. 422, 429-430 (Bankr. S.D. Tex. 1987). This factor further favors remand when there are "other related nonbankruptcy proceedings pending between these and other parties in state court." *In re Schempp Real Estate, LLC*, 303 B.R. 866, 877-879 (Bankr. D. Colo. 2003). This

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-16-

KB/24151

factor also takes into account how long the state court proceedings have been taken place. Id.

Here, there are no core proceedings, only issues that are related to the bankruptcy, which have several similar matters still in state court. The nature of this matter is not founded in bankruptcy as the proceedings began over a year before the debtor declared bankruptcy, and removed after discovery had ended and dispositive motions submitted. Similar to the related proceeding commenced in state court in *Schempp Real Estate*, the matters here have been going on for years between the parties in various cases. Indeed, there are hundreds more similar cases pending in the state courts right now to which Debtor is not a party. As such, this factor favors remand.

### 7.    The Degree of Relatedness and Remoteness of the State Court Proceeding to the Main Bankruptcy Case Favors Remand

The seventh factor weighs in favor of remand. It is relevant to consider whether the adversary proceeding is "core" or "non-core." *Eastport Associates v. City of Los Angeles* (*In re Eastport Associates*), 935 F.2d 1071, 1076 (9th Cir.1991). There are three ways a proceeding may be classified as core: first, as a case "arising under title 11," 28 U.S.C. § 157(b)(1); second, as a case "arising in a case under title 11," *Id.*; and third, under 28 U.S.C. § 157(b)(2), which provides a non-exhaustive list of core proceedings. *In re Wolford*, No. 2:15-AP-01530-RK, 2016 WL 65791, at *2 (Bankr. C.D. Cal. Jan. 4, 2016). Proceedings that would have arisen regardless of a debtor's bankruptcy are not based on any provision of title 11 and not typically considered core. *In re Enron Corp.*, 296 B.R. 505, 509 (C.D. Cal. 2003).

Here, the state law claims under NRS 116 do not merit "arising under" or "arising in" jurisdiction, nor do they fall under any of the categories listed in 28 U.S.C. § 157(b)(2). The proceedings in this matter arose regardless of bankruptcy because the matter was originally filed in State court on May 7, 2015. At that time, the Alessi had not declared bankruptcy and was not a

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-17-

party. Debtor was merely the foreclosure trustee who conducted the foreclosure sale, and whose relevance in the context of notice under Nevada's non-judicial foreclosure statutes has been further diminished by both the *Bourne Valley* and *Saticoy Bay* rulings. Further, the Bank waited until on February 9, 2017, almost two months after the Debtor declared bankruptcy, to bring up its intent to remove this matter during the continued pre-trial calendar call in preparation of trial, which is after the ruling in *Saticoy Bay*, and the matter was stayed until the bankruptcy stay could be lifted. It was over a year after the original filing date that Alessi & Koenig filed for bankruptcy. This action is based on state law claims of wrongful foreclosure with no nexus to the bankruptcy court other than that one of defendants is the Debtor in the bankruptcy case. As such, this matter is a non-core proceeding and this factor favors remand.

**8.    The Substance Rather Than the Form of an Asserted Core Proceeding is Irrelevant in This Case as There is No Core Proceeding**

For the previously stated reasons, the eighth factor is irrelevant because this is a non-core proceeding. As such, this factor is, at best, neutral.

**9.    There Are No Core Bankruptcy Matters and State Court Judgments Can be Enforced in Bankruptcy Court; Favoring Remand**

The ninth factor, if anything, weighs in favor of remand because there is no reason why a judgment obtained in state court cannot be brought back to this Court for enforcement. As argued above, the state court proceedings are not core to the bankruptcy and major issues were resolved by the Nevada Supreme Court in *Saticoy Bay* prior to this removal. As such, this factor favors remand.

**10.    The Deprivation of a Right to a Jury Trial Favors Remand**

The tenth factor is either neutral or weighs in favor of remand because the right to a jury trial does not require remand, but it does weigh in favor of remand. *In re Peak Web LLC*, 559 B.R. 738, 744 (Bankr. D. Or. 2016), *aff'd sub nom. Mach. Zone, Inc. v. Peak Web, LLC*, No. 16-

-18-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

03083-PCM, 2017 WL 517796 (D. Or. Feb. 7, 2017).

Here, no party has requested a jury trial, which makes this factor neutral.

**11.    The Simple and Settled Nature of Applicable State Law as Compared to Federal law Favors Remand**

The eleventh factor favors remand as Courts tend to favor remand when the legal or factual issues in a matter are complex or novel. *In re Peak Web LLC*, 559 B.R. 738, 742–43 (Bankr. D. Or. 2016), aff'd sub nom. *Mach. Zone, Inc. v. Peak Web, LLC*, No. 16-03083-PCM, 2017 WL 517796 (D. Or. Feb. 7, 2017).

Here, although this Court is capable of resolving issues of state law, this matter concerns complex legal and factual issues if retained. Prior to removal, the Nevada Supreme ruled in *Saticoy Bay* that there is no state actor to warrant due process or similar claims, which ends the matter. However, the Bank wants to use the Ninth Circuit Court of Appeal's decision in *Bourne Valley* to argue that there is a state actor and their due process rights were violated. However, *Bourne Valley* will not settle this matter; it only makes it much more complex.

Further, if *Bourne Valley* were applied, it would merely mean the prior version of an unconstitutional statute would be used, which would require litigation of every case individually because of the various issues that are factually specific to this and other cases.

Even the federal courts within this district cannot agree on whether or how to apply *Bourne Valley* as to Nevada's non-judicial foreclosure statutes. One federal judge in this district has embraced *Bourne Valley*'s pronouncements,[16] while five other federal judges in this district have expressed their direct disagreement with the Ninth Circuit's gloss on the state law issues addressed in *Bourne Valley*.[17] Most recently, yet another federal judge in this district has taken

---

16 *See U.S. Bank, N.A. v. SFR Invs. Pool 1, LLC*, No. 3:15-cv-00241-RCJ-WGC, 2016 WL 4473427, at *6 (D. Nev. Aug. 24, 2016).

17 *See Las Vegas Dev. Grp., LLC v. Yfantis*, ___ F. Supp. 3d ___, No. 2:15-cv-01127-APG-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  issue with *Bourne Valley* and asserted that it did nothing to alter the fact that due process does

2  not require actual notice, and that reasonable notice of the trustee's sale to the bank was

3  sufficient to cure any constitutional defect inherent in NRS 116.31163(2) even under the *Bourne*

4  *Valley* ruling.[18]

5       Further, this matter has been in state court for over a year and Motions for Summary

6  Judgment prior to Saticoy Bay were denied, which show the legal and factual issues are not

7  simple. Otherwise, this matter would have been resolved long ago. Several matters related to

8  these HOA foreclosure cases have been appealed to the Nevada Supreme Court.[19] The main

9  issues and claims have now been resolved through binding authority in state law. Remanding this

10  matter to state court will keep it simple, while keeping it in Bankruptcy Court under Federal

11  Court will keep it complex. As such, this factor weighs in favor of remand.

12       **12.    The Burden on the Bankruptcy Court's Docket Favors Remand**

13       The twelfth factor weighs in favor of remand since litigation of non-core state law issues

14  raised in the lawsuit would burden this court in light of the absence of the need to litigate such

15  issues for the administration of this bankruptcy case. *In re Wolford*, No. 2:15-AP-01530-RK,

16  2016 WL 65791, at *3 (Bankr. C.D. Cal. Jan. 4, 2016). Further, significant pretrial matters that

17

18  CWH, 2016 WL 1248693, at *3-6 (D. Nev. Mar. 24, 2016) (Gordon, J.); *Morgan Chase Bank v. SFR Investments Pool 1*, 2:14-cv-02080-RFB-GWF, 2016 WL 4084036, at *8 (D. Nev. July 28, 2016) (Boulware, J.); *Capital One v. Las Vegas Dev. Group*, No. 2:15-cv-01436-JAD-PAL,

19  2016 WL 3607160, at 5 (D. Nev. June 30, 2016) (Dorsey, J.); *Bank of Amer. V. Rainbow Bend HOA*, No. 3:15-cv-00291-MMD-WGC, 2016 WL 12998114, at *3 (D. Nev. Mar. 31, 2016) (Du,

20  J.); *Deutsche Bank v. TBR I, LLC*, No. 3:15-cv-00401-LRJ-WGC, 2016 WL 3965195, at *3 (D. Nev. July 22, 2016) (Hicks, S.J.).

21  18 *See, e.g., Bank of America, N.A. v. SFR Investments Pool 1, LLC, et al.*, U.S. District Court, District of Nevada, Case No. 2:15-cv-1768-JCM-CWH, ECF No. 88 at 17:12-19:2.

22  19 *See, e.g., Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortg., a Div. of Wells Fargo Bank, N.A.*, 388 P.3d 970 (Nev. 2017)*; Shadow Wood HOA v. N.Y. Cmty. Bancorp.*,

23  132 Nev. Adv. Op. 5, 366 P.3d 1105 (2016); and *SFR Investments Pool 1 v. U.S. Bank*, 130 Nev. Adv. Op. 75, 334 P.3d 408 (2014).

24

-20-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    will take "a significant amount of the trial judge's time, whether matters of discovery disputes,

2    motion practice, or the like", favor remand. *In re Peak Web LLC*, 559 B.R. 738, 743–44 (Bankr.

3    D. Or. 2016), *aff'd sub nom. Mach. Zone, Inc. v. Peak Web, LLC*, No. 16-03083-PCM, 2017 WL

4    517796 (D. Or. Feb. 7, 2017). While a bankruptcy court is certainly capable of resolving such

5    disputes, "the bankruptcy court's role is ordinarily focused on issues arising under bankruptcy

6    law and managing the reorganization process, not conducting complex litigation." Id.

7        Here, this litigation will be devastating to this Court's docket if it were retained. The

8    involuntarily parties have not consented to any entry of final judgment by the bankruptcy judge.

9    As such this court would need to conduct all pre-trial matters. Each of these cases is factually

10   and procedurally unique, and will require individual attention, individualized briefing, and likely,

11   discovery. This Court has no prior knowledge of the parties or the case and would have to

12   become familiar with the parties, as well as the factual and legal issues specific to this case. The

13   resolution of this matter does not arise under bankruptcy, but is merely related to the bankruptcy

14   because the Debtor is a named party. Further, resolving the issues will involve matters beyond

15   managing the reorganization process, including, but not limited to, the applicability and effect of

16   federal law in light of whether the Bank received actual notice, resolving the Bank's actual

17   notice, and the determination of equitable relief between all parties. Moreover, as discussed

18   above, *supra.*, contrary to the Bank's belief, *Bourne Valley* is not applicable in all cases and is

19   not dispositive. As such, this factor weighs in favor of remand.

20   **13.    The Presence of the Association and the Buyer as Non-Debtor Parties in the Proceeding Favors Remand**

21       The thirteenth factor weighs in favor of remand. "The presence of other non-debtor

22   parties would weigh in favor of abstention [or remand]." *In re Asousa Partnership*, 264 B.R.

23   376, 391 (Bankr. E.D. Pennsylvania. 2001). Further, Courts have found this matter at best neutral

24

-21-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    when only the debtor and another party are present. *See*, <u>ID.</u>

2    Here, there are parties in this action other than Debtor and the removing party. The

3    Association and the Buyer both have no claims against the Debtor in this matter and neither party

4    is a Debtor. Removing hundreds of state court cases that involve non-debtor parties is disruptive,

5    unnecessary, and unfair to the non-debtor parties.  The rights of these non-debtor parties to

6    redress in state court will circumvented, and their ability to obtain timely and complete

7    resolution of their pending issues in the chosen state forum will be prejudiced and delayed.

8    Debtor will not receive a discharge here, and the Trustee has admitted that this is a no-asset case,

9    and that she will not be intervening in any litigation on Debtor's behalf to bring any benefit to

10   the estate. *See* ECF No. 331. As such, this factor weighs in favor of remand.

**14.    The Prejudice to the Party Involuntarily Removed from State Court Favors Remand**

This factor weighs in favor of remand as the parties involuntarily removed from state

court can no longer take advantage of state law. Courts will generally remand when a plaintiff is

prejudiced by the loss of their chosen forum. *Spaulding v. Mingo County Bd. of Educ.*, 897 F.

Supp. 284, 288 (D. W. Va. 1995)([G]reat weight is given to the plaintiff's chosen forum and

legitimate doubts as to the existence of federal jurisdiction must be resolved against removal and

in favor of remand).

Here, the original Plaintiff CKVC Investments initially brought this matter in state court,

which the Bank never attempted to remove. Further, discovery had ended and the trial in this

matter was already continued once and this matter was stayed at the pre-trial calendar call. If this

matter had been left in state court it would have already been litigated by the time this remand is

resolved. *See*, ECF No. 181, Ex. 56. The Bank now seeks to circumvent the fact that their claims

are no longer viable under state law and attempting to escape trial by treating each case as

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

exactly the same under *Bourne Valley*. Further, retention of this matter would require new discovery to gather facts from the Bank that was previously not required to build a defense in state court, such as proof of actual notice. As such, this factor would weight in favor of remand.

**B.    CONSOLIDATION OF THIS OR RELATED CASES WOULD RESULT IN UNPRECEDENTED PREJUDICE TO THE OTHER PARTIES IN THIS MATTER**

Many parties, including the Association in this matter, had pending dispositive motions or on the eve of trial that the Banks knew about and are now attempting to deprive with such a consolidation. In this matter, as is likely with others, dispositive motions were already filed and the parties were preparing for trial.

Contrary to the Bank's position, *Bourne Valley* is in no way dispositive in this matter, assuming it is even applicable. Each and every case has different facts that would prevent the applicability for *Bourne Valley*. Specifically, many claims could be time barred based on when the Bank knew of the claims or the Bank could have received actual notice rendering *Bourne Valley* moot. Indeed, as argued above, even the Federal Court's within this district cannot agree on whether or how to apply *Bourne Valley* as to Nevada's non-judicial foreclosure statutes. One federal judge in this district has embraced *Bourne Valley*'s pronouncements,[20] while five other federal judges in this district have expressed their direct disagreement with the Ninth Circuit's gloss on the state law issues addressed in *Bourne Valley*.[21] Most recently, yet another federal

20 *See U.S. Bank, N.A. v. SFR Invs. Pool 1, LLC*, No. 3:15-cv-00241-RCJ-WGC, 2016 WL 4473427, at *6 (D. Nev. Aug. 24, 2016).
21 *See Las Vegas Dev. Grp., LLC v. Yfantis*, ___ F. Supp. 3d ___, No. 2:15-cv-01127-APG-CWH, 2016 WL 1248693, at *3-6 (D. Nev. Mar. 24, 2016) (Gordon, J.); *Morgan Chase Bank v. SFR Investments Pool 1*, 2:14-cv-02080-RFB-GWF, 2016 WL 4084036, at *8 (D. Nev. July 28, 2016) (Boulware, J.); *Capital One v. Las Vegas Dev. Group*, No. 2:15-cv-01436-JAD-PAL, 2016 WL 3607160, at 5 (D. Nev. June 30, 2016) (Dorsey, J.); *Bank of Amer. V. Rainbow Bend HOA*, No. 3:15-cv-00291-MMD-WGC, 2016 WL 12998114, at *3 (D. Nev. Mar. 31, 2016) (Du, J.); *Deutsche Bank v. TBR I, LLC*, No. 3:15-cv-00401-LRJ-WGC, 2016 WL 3965195, at *3 (D. Nev. July 22, 2016) (Hicks, S.J.).

-23-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

judge in this district has taken issue with *Bourne Valley* and asserted that it did nothing to alter the fact that due process does not require actual notice, and that reasonable notice of the trustee's sale to the bank was sufficient to cure any constitutional defect inherent in NRS 116.31163(2) even under the *Bourne Valley* ruling.[22]

This Banks' contention that the State Court actions can be disposed of in this Court with some sort of consolidated "partial" summary judgment motion relating to the *Bourne Valley* ruling is particularly absurd. *See, e.g.*, ECF No. 328 at 7-8. The Banks' proposal for some omnibus motion is nothing more than a thinly veiled effort to expedite their blatant *Saticoy Bay / Bourne Valley*-related forum shopping, and prevent the involuntarily removed parties from actually litigating their claims and defenses as well as prevent remand of this and the other removed matters. *See* Section II(A), *supra*.

The State Court actions are all different and cannot be addressed *en masse*. Many cases are positioned such that *Bourne Valley* can have absolutely no impact on them due to the Banks' claims being time barred or on the eve of trial. Further, some cases are interpleader actions where Debtor is the plaintiff and others render *Bourne Valley* inapplicable because of actual notice. In some cases the Banks are the plaintiff and seek relief from Debtor as a named party. In other cases, the Debtor is named but not as named party. These few examples alone present significant differences in the parties' positions that require independent briefing.

As such, any consolidation would deprive the involuntary moved parties from its due process rights to conduct discovery on relevant facts that were not required in state court. Further, such factual requirements would require a review of the applicability of *Bourne Valley* on each and every removed case. Moreover, this matter, like others, involved issues related to the

---

22 *See, e.g., Bank of America, N.A. v. SFR Investments Pool 1, LLC, et al.*, U.S. District Court, District of Nevada, Case No. 2:15-cv-1768-JCM-CWH, ECF No. 88 at 17:12-19:2.

KB/24151

1    Bank's standing to bring the claims as well as parties making preparations for trial, which was

2    surely not mentioned on the Bank's part as an oversight. In the interest of efficiency, the

3    Association requests that any attempt to consolidate these matters be denied and this matter be

4    remanded back to state court so that the dispositive state law from the Nevada Supreme Court

5    can resolve this matter.

6    **C.    THE INVOLUNTARILY REMOVED PARTIES ARE ENTITLED TO COSTS
     AND ANY ACTUAL EXPENSES, INCLUDING ATTORNEY FEES, INCURRED
7    AS A RESULT OF THE REMAND PURSUANT TO 28 U.S.C. § 1447(C)**

8         "An order remanding the case may require payment of just costs and any actual expenses,

9    including attorney fees, incurred as a result of the remand." 28 U.S.C. § 1447(c).  Section 1447 is

10   one of many provisions governing the general removal jurisdiction of the federal courts. While

11   the bankruptcy removal statute that was used in this instance, 28 U.S.C § 1452, contains no

12   provision relating to payment of costs, "the Supreme Court has held that certain parts of § 1447

13   comfortably coexist in the bankruptcy context." *In re RJZM LLC*, 06-11535(ALG), 2009 WL

14   2929433, at *5 (Bankr. S.D.N.Y. July 28, 2009) (citing *Things Remembered, Inc.v. Petrarca*,

15   516 U .S. 124, 129 (1995)) (internal quotes omitted). Courts have held that the costs provisions

16   of § 1447(c) apply to orders of remand under § 1452(b). *RJZM LLC*, 06-11535(ALG), 2009 WL

17   2929433, at *5; *see also, Coward v. AC and S, Inc.,* 91 Fed.Appx. 919 (5th Cir.2004); *In re*

18   *Friedman & Shapiro, P. C.,* 185 B.R. 143 (S .D.N.Y.1995).

19        Here, the Bank's removal of this matter is blatant forum shopping and upon review of the

20   overwhelming equitable factors above, this matter should be remanded. Upon remand, the

21   involuntarily removed parties, including the Association, are entitled to all just costs and any

22   actual expenses, including attorney fees, under § 1447(c) that they incurred as a result of the

23   remand. None of these expenses would have occurred outside of removal and the involuntarily

24   removed parties should not have to suffer the costs of remanding such matter that are motived by

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

1    the Bank's desire to avoid unfavorable state law.

2

**III.**

3

**CONCLUSION**

4       Having taken all of the factors into account, as well as considering judicial efficiency,

5 this matter should be remanded to state court. This is not a close call. Many factors support this

6 conclusion, but most important factors favoring remand are: 1) the commencement of this

7 proceeding in bankruptcy court involves blatant forum shopping by the Bank; 2) the factual and

8 legal issues that must be resolved prior to any resolution of the claims; 3) state law issues

9 predominate over bankruptcy issues; 4) comity towards the Nevada Supreme Court; 6) the

10 presence of related proceeding commenced in state court or other non-bankruptcy proceeding; 7)

11 the state court proceeding is merely related to the bankruptcy; 9) there are no core bankruptcy

12 matters and state court judgments can be enforced in bankruptcy court; 11) the nature of

13 applicable state law is simple and settled; 12) retaining all these matters would create a burden

14 on the bankruptcy court's docket; 13) the presence of the Association and the Buyer as non-

15 debtor parties in the proceeding; and 14) the prejudice to the party involuntarily removed from

16 state court during preparation for trial. The factors weighing against remand or that are neutral

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

1    are few and are not significant enough to outweigh the factors that weigh heavily in favor of

2    remand.

3         DATED this 22nd day of March, 2017.

                                              ALVERSON, TAYLOR,
4                                             MORTENSEN & SANDERS

5                                             _____
                                              KURT R. BONDS, ESQ.
6                                             Nevada Bar #6228
                                              DAVID ROTHENBERG, ESQ.
7                                             Nevada Bar #13576
                                              efile@alversontaylor.com
8                                             *Attorneys for Third-Party Defendant*
                                              *(named herein as a "Cross-Defendant"),*
9                                             *Southern Highlands Community Association*

10                      **CERTIFICATE OF SERVICE**

11         I hereby certify that on the 22 day of March, 2017, I served the foregoing MOTION TO
     REMAND ACTION TO NEVADA STATE COURT via Electronic Service through the Court's
12   electronic filing system upon the following:

13

14   SEAN L. ANDERSON on behalf of Plaintiff DESERT PINE VILLAS HOMEOWNERS
     ASSOCIATION
     LEACH JOHNSON SONG & GRUCHOW
15   8945 W. RUSSELL ROAD, SUITE 330
     LAS VEGAS, NV 89148

16
     CHRISTOPHER B ANTHONY on behalf of 3rd Pty Defendant WINDIMERE AT
17   PROVIDENCE HOMEOWNERS ASSOCIATION
     BOYACK ORME & TAYLOR
18   401 N. BUFFALO DRIVE
     SUITE 202
19   LAS VEGAS, NV 89145

20   FREDRICK BIEDERMANN on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
     GERRARD COX & LARSEN
21   2450 SAINT ROSE PKWY STE 200
     HENDERSON, NV 89074

22
     J. STEPHEN DOLEMBO on behalf of Counter-Claimant DEUTSCHE BANK NATIONAL
23   TRUST COMPANY
     WRIGHT FINLAY & ZAK, LLP
24   7785 W. SAHARA AVE, SUITE 200

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-27-                                              KB/24151

1 LAS VEGAS, NV 89117

2 J. STEPHEN DOLEMBO on behalf of Defendant BANK OF AMERICA, N.A.
WRIGHT FINLAY & ZAK, LLP
3 7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

4
J. STEPHEN DOLEMBO on behalf of Defendant CHASE BANK USA, N.A.
5 WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, SUITE 200
6 LAS VEGAS, NV 89117

7 J. STEPHEN DOLEMBO on behalf of Defendant JPMORGAN CHASE BANK, N.A
WRIGHT FINLAY & ZAK, LLP
8 7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

9

10 J. STEPHEN DOLEMBO on behalf of Defendant LITTON LOAN SERVICING, LP
WRIGHT FINLAY & ZAK, LLP
11 7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

12
J. STEPHEN DOLEMBO on behalf of Defendant NATIONSTAR MORTGAGE, LLC
13 WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, SUITE 200
14 LAS VEGAS, NV 89117

15 J. STEPHEN DOLEMBO on behalf of Defendant OCWEN LOAN SERVICING, LLC
WRIGHT FINLAY & ZAK, LLP
16 7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

17
J. STEPHEN DOLEMBO on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
18 WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, SUITE 200
19 LAS VEGAS, NV 89117

20 J. STEPHEN DOLEMBO on behalf of Defendant USROF III LEGAL TITLE TRUST 2015-1
WRIGHT FINLAY & ZAK, LLP
21 7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

22
J. STEPHEN DOLEMBO on behalf of Plaintiff CITIBANK, N.A.
23 WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, SUITE 200
24 LAS VEGAS, NV 89117

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-28-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

2  J. STEPHEN DOLEMBO on behalf of Plaintiff PROF-2013-M4 LEGAL TITLE TRUST
WRIGHT FINLAY & ZAK, LLP
3  7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

4  J. STEPHEN DOLEMBO on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
WRIGHT FINLAY & ZAK, LLP
5  7785 W. SAHARA AVE, SUITE 200
LAS VEGAS, NV 89117

6
J. STEPHEN DOLEMBO on behalf of Plaintiff U.S. BANK TRUST, N.A.
7  WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, SUITE 200
8  LAS VEGAS, NV 89117

9

10  FIRST AMERICAN TITLE INSURANCE CO.
Kolesar & Leatham
11  400 S. Rampart Boulevard
Suite 400
12  Las Vegas, NV 89145

13  BRADFORD R JERBIC on behalf of Defendant CITY OF LAS VEGAS
400 E STEWART AVE 9TH FLR
14  LAS VEGAS, NV 89101

15  EVAN M. JONES on behalf of Creditor BANK OF AMERICA, N.A.
O'MELVENY & MYERS LLP
16  400 SOUTH HOPE STREET, 18TH FLOOR
LOS ANGELES, CA 90071

17
AARON D. LANCASTER on behalf of Counter-Claimant WELLS FARGO BANK, N.A.
18  WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE
19  SUITE 200
LAS VEGAS, NV 89117

20
IRMA MENDEZ
21  3433 VIA VIEJAS OESTE
ALPINE, CA 91901

22
DARREN L. PATRICK on behalf of Creditor BANK OF AMERICA, N.A.
23  O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET, 18TH FLOOR
24  LOS ANGELES, CA 90071

-29-

KB/24151

1

2    William K. Pao on behalf of Creditor BANK OF AMERICA, N.A.
     O'Melveny & Myers LLP
3    400 Hope Street
     Los Angeles, CA 90071

4    AMY F SORENSON on behalf of Creditor WELLS FARGO BANK, N.A.
     SNELL & WILMER, L.L.P.
5    3883 HOWARD HUGHES PARKWAY, STE. 1100
     LAS VEGAS, NV 89169

6

7    CHRISTOPHER A.J. SWIFT on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST
     COMPANY
     WRIGHT, FINLAY & ZAK, LLP
8    7785 W. SAHARA AVE., SUITE 200
     LAS VEGAS, NV 89117

9

10   CHRISTOPHER A.J. SWIFT on behalf of Defendant MORTGAGE ELECTRONIC
     REGISTRATION SYSTEMS, INC.
11   WRIGHT, FINLAY & ZAK, LLP
     7785 W. SAHARA AVE., SUITE 200
12   LAS VEGAS, NV 89117

13   CHRISTOPHER A.J. SWIFT on behalf of Defendant OCWEN LOAN SERVICING, LLC
     WRIGHT, FINLAY & ZAK, LLP
14   7785 W. SAHARA AVE., SUITE 200
     LAS VEGAS, NV 89117

15   CHRISTOPHER A.J. SWIFT on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
16   WRIGHT, FINLAY & ZAK, LLP
     7785 W. SAHARA AVE., SUITE 200
17   LAS VEGAS, NV 89117

18   CHRISTOPHER A.J. SWIFT on behalf of Plaintiff DEUTSCHE BANK NATIONAL TRUST
     COMPANY
19   WRIGHT, FINLAY & ZAK, LLP
     7785 W. SAHARA AVE., SUITE 200
20   LAS VEGAS, NV 89117

21                                                  _Cathy Beasley_____
                                                    An Employee of ALVERSON, TAYLOR,
22                                                  MORTENSEN & SANDERS

23

24                      **CERTIFICATE OF SERVICE VIA CM/ECF**

KB/24151

1    I hereby certify that on this ⟨⟨ day of March, 2017, I did serve, via Case
2  Management/Electronic Case Filing, a copy of the above and foregoing **MOTION TO REMAND ACTION TO NEVADA STATE COURT**

3  RYAN ALEXANDER on behalf of Counter-Defendant ALESSI & KOENIG, LLC
ryan@ryanalexander.us, brian@ryanalexander.us;monica@ryanalexander.us
4

5  RYAN ALEXANDER on behalf of Debtor ALESSI & KOENIG, LLC
ryan@ryanalexander.us, brian@ryanalexander.us;monica@ryanalexander.us

6  RYAN ALEXANDER on behalf of Defendant ALESSI & KOENIG, LLC
ryan@ryanalexander.us, brian@ryanalexander.us;monica@ryanalexander.us
7

8  RYAN ALEXANDER on behalf of Intervenor-Plaintiff ALESSI & KOENIG, LLC
ryan@ryanalexander.us, brian@ryanalexander.us;monica@ryanalexander.us

9  RYAN ALEXANDER on behalf of Plaintiff ALESSI & KOENIG, LLC
ryan@ryanalexander.us, brian@ryanalexander.us;monica@ryanalexander.us
10  KALEB D ANDERSON on behalf of Interested Party FALCON RIDGE COMMUNITY ASSOCIATION
11  kanderson@lipsonneilson.com

12  NAOMI R. ARIN on behalf of Defendant ALLAN L GROMEK
NAOMI@NAOMIARINESQ.COM
13

14  NAOMI R. ARIN on behalf of Defendant KAREN M GROMEK
NAOMI@NAOMIARINESQ.COM

15  MICHAEL N. BEEDE on behalf of Counter-Defendant RJRN HOLDINGS, LLC
mike@legallv.com
16

17  MICHAEL N. BEEDE on behalf of Cross-Claimant RJRN HOLDINGS, LLC
mike@legallv.com

18  MICHAEL N. BEEDE on behalf of Interested Party RODNEY HOLDINGS, LLC
mike@legallv.com
19

20  MICHAEL N. BEEDE on behalf of Plaintiff CSC ACQUISITIONS & HOLDING GROUP, LLC
mike@legallv.com
21

22  MICHAEL N. BEEDE on behalf of Plaintiff INTERNATIONAL FREEDOM INDUSTRIES LLC
mike@legallv.com
23

24  MICHAEL N. BEEDE on behalf of Plaintiff RJRN HOLDINGS, LLC
mike@legallv.com

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-31-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

MICHAEL N. BEEDE on behalf of Plaintiff RICHARD SALOMON
mike@legallv.com

MICHAEL F BOHN on behalf of Counter-Defendant RUPERTS COURT TRUST
mbohn@bohnlawfirm.com, office@bohnlawfirm.com

MICHAEL F BOHN on behalf of Interested Party LAW OFFICES OF MICHAEL F. BOHN
mbohn@bohnlawfirm.com, office@bohnlawfirm.com

MICHAEL F BOHN on behalf of Interested Party SATICOY BAY LLC
mbohn@bohnlawfirm.com, office@bohnlawfirm.com

MICHAEL F BOHN on behalf of Plaintiff RUPERTS COURT TRUST
mbohn@bohnlawfirm.com, office@bohnlawfirm.com

KURT R. BONDS on behalf of Creditor SOUTHERN HIGHLANDS COMMUNITY
ASSOCIATION
efile@alversontaylor.com, kbonds@alversontaylor.com;adidio@alversontaylor.com

MARK J BOURASSA on behalf of Creditor MELINDA JAMES
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Plaintiff WHITTINGTON HOLDINGS 1, LLC
trichards@blgwins.com, hdaniels@blgwins.com

EDWARD D. BOYACK on behalf of 3rd Pty Defendant MOONDANCE/SUNCHASE
COMMUNITY ASSOCIATION
ted@edblaw.net

EDWARD D. BOYACK on behalf of Plaintiff MOONDANCE/SUNCHASE COMMUNITY
ASSOCIATION
ted@edblaw.net

ADAM J. BREEDEN on behalf of Creditor BOYACK ORME & TAYLOR
adam@breedenandassociates.com, tina@breedenandassociates.com

MICHAEL R. BROOKS on behalf of Defendant FEDERAL NATIONAL MORTGAGE
ASSOCIATION
mbrooks@brookshubley.com

MICHAEL R. BROOKS on behalf of Defendant THE BANK OF NEW YORK MELLON
mbrooks@brookshubley.com

MICHAEL W. CHEN on behalf of Creditor GUILD MORTGAGE COMPANY
bknotice@mccarthyholthus.com,
mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1

2  TARA CLARK NEWBERRY on behalf of Interested Party TARA CLARK NEWBERRY
   tnewberry@cnlawlv.com,
   nkhoury@cnlawlv.com;myecfcnlaw@gmail.com;kseckinger@cnlawlv.com

3

4  TARA CLARK NEWBERRY on behalf of Plaintiff COLLEGIUM FUND LLC SERIES 30
   tnewberry@cnlawlv.com,
   nkhoury@cnlawlv.com;myecfcnlaw@gmail.com;kseckinger@cnlawlv.com

5

6  DIANA S. CLINE EBRON on behalf of 3rd Pty Defendant SFR INVESTMENTS POOL 1, LLC
   diana@kgelegal.com,
   mike@kgelegal.com;howard@kgelegal.com;jackie@kgelegal.com;staff@kgelegal.com;tomas@

7  kgelegal.com;alex@kgelegal.com

8  DIANA S. CLINE EBRON on behalf of Counter-Claimant SFR INVESTMENTS POOL 1, LLC
   diana@kgelegal.com,

9  mike@kgelegal.com;howard@kgelegal.com;jackie@kgelegal.com;staff@kgelegal.com;tomas@
   kgelegal.com;alex@kgelegal.com

10 DIANA S. CLINE EBRON on behalf of Defendant SFR INVESTMENTS POOL 1, LLC
   diana@kgelegal.com,

11 mike@kgelegal.com;howard@kgelegal.com;jackie@kgelegal.com;staff@kgelegal.com;tomas@
   kgelegal.com;alex@kgelegal.com

12

13 PAUL R. CONNAGHAN on behalf of Plaintiff COLLEGIUM FUND LLC SERIES 30
   pconnaghan@cnlawlv.com, ddickinson@deanerlaw.com

14 ROGER P. CROTEAU on behalf of Interested Party LAS VEGAS DEVELOPMENT GROUP,
   LLC

15 croteaulaw@croteaulaw.com

16 CHELSEA A. CROWTON on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST
   COMPANY

17 ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

18 CHELSEA A. CROWTON on behalf of Defendant MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.

19 ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

20 CHELSEA A. CROWTON on behalf of Defendant NATIONAL DEFAULT SERVICING, LLC
   ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

21

22 CHELSEA A. CROWTON on behalf of Defendant OCWEN LOAN SERVICING, LLC
   ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

23 CHELSEA A. CROWTON on behalf of Defendant SELECT PORTFOLIO SERVICING INC.
   ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

24

-33-

KB/24151

CHELSEA A. CROWTON on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

CHELSEA A. CROWTON on behalf of Defendant U.S. BANK, NATIONAL ASSOCIATION
ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

CHELSEA A. CROWTON on behalf of Defendant WESTERN PROGRESSIVE NEVADA INC.
ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

CHELSEA A. CROWTON on behalf of Intervenor-Defendant SPRINGLEAF FINANCIAL SERVICES, INC.
ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

CHELSEA A. CROWTON on behalf of Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY
ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

CHELSEA A. CROWTON on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
ccrowton@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

AARON R. DEAN on behalf of Plaintiff KEYNOTE PROPERTIES, LLC
adean@deanlegalgroup.com, mgarth@deanlegalgroup.com

COLT B. DODRILL on behalf of 3rd Party Plaintiff DITECH FINANCIAL LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of 3rd Party Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Counter-Claimant DITECH FINANCIAL LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Counter-Claimant FEDERAL NATIONAL MORTGAGE ASSOCIATION
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Counter-Claimant GREEN TREE SERVICING LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Counter-Claimant GREEN TREE SERVICING, LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Counter-Claimant THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

COLT B. DODRILL on behalf of Counter-Defendant GREEN TREE SERVICING LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Cross Defendant DITECH FINANCIAL LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Cross Defendant GREEN TREE SERVICING LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Defendant DITECH FINANCIAL LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Defendant FEDERAL NATIONAL MORTGAGE
ASSOCIATION
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Defendant GREEN TREE SERVICING LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Defendant GREEN TREE SERVICING, LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Defendant THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Interested Party DITECH FINANCIAL LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Intervenor DITECH FINANCIAL LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

COLT B. DODRILL on behalf of Intervenor-Defendant GREEN TREE SERVICING, LLC
cbdodrill@wolfewyman.com, LRSatterwhite@wolfewyman.com;hntaylor@wolfewyman.com

KERRY P. FAUGHNAN on behalf of Intervenor-Defendant CASA CHRISTINA LN TRUST
kerry.faughnan@gmail.com, filings@docprep.info

KERRY P. FAUGHNAN on behalf of Plaintiff CASA CHRISTINA LN TRUST
kerry.faughnan@gmail.com, filings@docprep.info

SCOTT D. FLEMING on behalf of Creditor WELLS FARGO BANK, N.A.
sfleming@armstrongteasdale.com,
thooven@armstrongteasdale.com;oharmon@armstrongteasdale.com;speng@armstrongteasdale.c
om;ealavi@armstrongteasdale.com

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

JOSEPH P. GARIN on behalf of Interested Party FALCON RIDGE COMMUNITY ASSOCIATION
snutt@lipsonneilson.com;pjimenez@lipsonneilson.com

DOUGLAS D. GERRARD on behalf of Counter-Defendant NATIONSTAR MORTGAGE, LLC
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

DOUGLAS D. GERRARD on behalf of Plaintiff NATIONSTAR MORTGAGE
DGERRARD@GERRARD-COX.COM, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;ALancaster@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com

PETER J. GOATZ on behalf of Interested Party MICHAEL L. FORCHE
peter@aaznevada.com,
pat@aaznevada.com;bkecf.aaznevada@gmail.com;candice@aaznevada.com;tony@aaznevada.com

GREEN VALLEY RANCH COMMUNITY ASSOCIATION
gkerr@wrslawyers.com

JAMES D. GREENE on behalf of Counter-Defendant KE ALOHA HOLDINGS, LLC
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Interested Party KE ALOHA HOLDINGS, LLC
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff KE ALOHA HOLDINGS, LLC
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

BLAKELEY E. GRIFFITH on behalf of Counter-Claimant GREEN TREE SERVICING LLC
bgriffith@swlaw.com,
docket_las@swlaw.com;mfull@swlaw.com;jmath@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com

BLAKELEY E. GRIFFITH on behalf of Creditor WELLS FARGO BANK, N.A.
bgriffith@swlaw.com,
docket_las@swlaw.com;mfull@swlaw.com;jmath@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com

BLAKELEY E. GRIFFITH on behalf of Defendant GREEN TREE SERVICING LLC
bgriffith@swlaw.com,

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

docket_las@swlaw.com;mfull@swlaw.com;jmath@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com

BLAKELEY E. GRIFFITH on behalf of Intervenor DITECH FINANCIAL LLC
bgriffith@swlaw.com,
docket_las@swlaw.com;mfull@swlaw.com;jmath@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com

BLAKELEY E. GRIFFITH on behalf of Plaintiff KEYNOTE PROPERTIES, LLC
bgriffith@swlaw.com,
docket_las@swlaw.com;mfull@swlaw.com;jmath@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com

WILLIAM S HABDAS on behalf of Creditor WELLS FARGO BANK, N.A.
william.habdas@akerman.com, akermanlas@akerman.com

REGINA A. HABERMAS on behalf of Counter-Claimant DITECH FINANCIAL, LLC
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Counter-Claimant FEDERAL NATIONAL MORTGAGE ASSOCIATION
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Counter-Claimant OCWEN LOAN SERVICING, LLC
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Counter-Claimant WELLS FARGO BANK, N.A.
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Counter-Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Counter-Defendant OCWEN LOAN SERVICING LLC
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Defendant DITECH FINANCIAL, LLC
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

REGINA A. HABERMAS on behalf of Defendant NATIONSTAR MORTGAGE LLC

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

2    REGINA A. HABERMAS on behalf of Defendant NATIONSTAR MORTGAGE, LLC
      rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

3

4    REGINA A. HABERMAS on behalf of Defendant OCWEN LOAN SERVICING, LLC
      rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

5    REGINA A. HABERMAS on behalf of Defendant ONEWEST BANK, N.A.
      rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

6

7    REGINA A. HABERMAS on behalf of Defendant SELECT PORTFOLIO SERVICING, INC.
      rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

8    REGINA A. HABERMAS on behalf of Intervenor-Defendant DITECH FINANCIAL, LLC
      rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

9

10   REGINA A. HABERMAS on behalf of Intervenor-Plaintiff FEDERAL NATIONAL
     MORTGAGE ASSOCIATION
     rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

11

12   REGINA A. HABERMAS on behalf of Other Prof. Christiana Trust
     rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

13   REGINA A. HABERMAS on behalf of Plaintiff ALESSI & KOENIG, LLC
     rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

14

15   REGINA A. HABERMAS on behalf of Plaintiff KEYNOTE PROPERTIES, LLC
     rhabermas@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

16   LAUREL I. HANDLEY on behalf of Counter-Claimant CITIMORTGAGE, INC.
     lhandley@aldridgepite.com

17

18   LAUREL I. HANDLEY on behalf of Creditor CITIMORTGAGE, INC.
     lhandley@aldridgepite.com

19   LAUREL I. HANDLEY on behalf of Defendant CITIMORTGAGE, INC
     lhandley@aldridgepite.com

20

21   MARK HUTCHINGS on behalf of Interested Party CHRISTIANA TRUST, A DIVISION OF
     WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLP TRUST
     mhutchings@houser-law.com

22

23   JASON A. IMES on behalf of Trustee SHELLEY D KROHN
     bkfilings@s-mlaw.com

24   MICHAEL V. INFUSO on behalf of Counter-Defendant KE ALOHA HOLDINGS, LLC

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-38-

KB/24151

1   minfuso@greeneinfusolaw.com

2   MICHAEL V. INFUSO on behalf of Plaintiff G&P INVESTMENT ENTERPRISES LLC
    minfuso@greeneinfusolaw.com

3

4   MICHAEL V. INFUSO on behalf of Plaintiff KE ALOHA HOLDINGS, LLC
    minfuso@greeneinfusolaw.com

5   PATERNO C JURANI on behalf of Counter-Claimant WELLS FARGO BANK, N.A.
    pjuarani@wrightlegal.net

6

7   PATERNO C JURANI on behalf of Defendant BANK OF AMERICA, N.A.
    pjuarani@wrightlegal.net

8   PATERNO C JURANI on behalf of Defendant FIRST FRANKLIN FINANCIAL CORP.
    pjuarani@wrightlegal.net

9

10  PATERNO C JURANI on behalf of Plaintiff CHRISTIANA TRUST
    pjuarani@wrightlegal.net

11  PATRICK W. KANG on behalf of Plaintiff CHRIS D PARK
    pkang@alkalaw.com

12

13  NATHAN G. KANUTE on behalf of Creditor WELLS FARGO BANK, N.A.
    nkanute@swlaw.com,
    mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;ljtaylor@

14  swlaw.com

15  MICHAEL S. KELLEY on behalf of Counter-Claimant U.S. BANK
    mkelley@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

16

17  MICHAEL S. KELLEY on behalf of Counter-Defendant WELLS FARGO BANK, N.A.
    mkelley@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

18  MICHAEL S. KELLEY on behalf of Plaintiff WELLS FARGO BANK, N.A.
    mkelley@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

19

20  GREGORY P KERR on behalf of Interested Party DOUBLE DIAMOND RANCH MASTER
    ASSOCIATION
    gkerr@wrslawyers.com, nmiller@wrslawyers.com

21

22  GREGORY P KERR on behalf of Interested Party GREEN VALLEY RANCH COMMUNITY
    ASSOCIATION
    gkerr@wrslawyers.com, nmiller@wrslawyers.com

23

24  HOWARD C. KIM on behalf of 3rd Party Plaintiff SFR INVESTMENTS POOL 1, LLC
    howard@kgelegal.com,

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

1  jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
   elegal.com;alex@kgelegal.com

2

3  HOWARD C. KIM on behalf of 3rd Pty Defendant SFR INVESTMENTS POOL 1, LLC
   howard@kgelegal.com,
   jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg

4  elegal.com;alex@kgelegal.com

5  HOWARD C. KIM on behalf of Attorney HOWARD C. KIM
   howard@kgelegal.com,
6  jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
   elegal.com;alex@kgelegal.com

7
   HOWARD C. KIM on behalf of Counter-Claimant SFR INVESTMENTS POOL 1, LLC
8  howard@kgelegal.com,
   jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
9  elegal.com;alex@kgelegal.com

10 HOWARD C. KIM on behalf of Counter-Defendant SFR INVESTMENTS POOL 1, LLC
   howard@kgelegal.com,
11 jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
   elegal.com;alex@kgelegal.com

12
   HOWARD C. KIM on behalf of Creditor SFR INVESTMENTS POOL 1, LLC
13 howard@kgelegal.com,
   jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
14 elegal.com;alex@kgelegal.com

15 HOWARD C. KIM on behalf of Cross Defendant SFR INVESTMENTS POOL 1, LLC
   howard@kgelegal.com,
16 jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
   elegal.com;alex@kgelegal.com

17
   HOWARD C. KIM on behalf of Defendant SFR INVESTMENTS POOL 1, LLC
18 howard@kgelegal.com,
   jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
19 elegal.com;alex@kgelegal.com

20 HOWARD C. KIM on behalf of Interested Party SFR INVESTMENTS POOL 1, LLC
   howard@kgelegal.com,
21 jackie@kgelegal.com;mike@kgelegal.com;tomas@kgelegal.com;staff@kgelegal.com;diana@kg
   elegal.com;alex@kgelegal.com

22
   DALE K. KLEVEN on behalf of Creditor RONALD HILLMAN
23 dale@hrlnv.com, DALEKLEVEN@YAHOO.COM

24 SHELLEY D KROHN

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  shelley@trusteekrohn.com,
   NV27@ecfcbis.com;becca@trusteekrohn.com;jan@trusteekrohn.com
2
   HUONG X. LAM on behalf of Plaintiff ALESSI & KOENIG, LLC
3  hlam@alessikoenig.com, sara@alessikoenig.com;rock@alessikoenig.com

4  BART K. LARSEN on behalf of Creditor LEVI J JONES
   blarsen@klnevada.com,
5  jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforu
   ptcy.com
6
   ROBERT S. LARSEN on behalf of Interested Party CRAIGMONT VILLAS HOMEOWNERS
7  ASSOCIATION
   RLARSEN@GORDONREES.COM, gangulo@gordonrees.com
8
   ROBERT S. LARSEN on behalf of Interested Party HIGH NOON AT ARLINGTON RANCH
9  HOMEOWNERS ASSOCIATION
   RLARSEN@GORDONREES.COM, gangulo@gordonrees.com
10 ROBERT S. LARSEN on behalf of Interested Party LAMPLIGHT ESTATES AT
   CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION
11 RLARSEN@GORDONREES.COM, gangulo@gordonrees.com

12 ROBERT S. LARSEN on behalf of Interested Party MISSION HILLS HOMEOWNERS
   ASSOCIATION
13 RLARSEN@GORDONREES.COM, gangulo@gordonrees.com

14 ROBERT S. LARSEN on behalf of Interested Party SAPPHIRE HOMEOWNERS
   ASSOCIATION
15 RLARSEN@GORDONREES.COM, gangulo@gordonrees.com

16 ROBERT S. LARSEN on behalf of Interested Party SOMMERSET HOMEOWNERS
   ASSOCIATION
17 RLARSEN@GORDONREES.COM, gangulo@gordonrees.com

18 ROBERT S. LARSEN on behalf of Interested Party VILLAGE GREEN HOMEOWNERS
   ASSOC.
19 RLARSEN@GORDONREES.COM, gangulo@gordonrees.com

20 DAVID S. LEE on behalf of Creditor LEE FAMILY PROPERTIES, LLC A/K/A LEE FAMILY
   PROPERTIES, LLC SERIES XVI
21 dlee@lee-lawfirm.com, crenwick@lee-lawfirm.com;dmeeter@lee-lawfirm.com

22 DAVID S. LEE on behalf of Creditor LEE FAMILY PROPERTIES, LLC SERIES XVII
   dlee@lee-lawfirm.com, crenwick@lee-lawfirm.com;dmeeter@lee-lawfirm.com
23
   DAVID S. LEE on behalf of Creditor TOW PROPERTIES, LLC
24 dlee@lee-lawfirm.com, crenwick@lee-lawfirm.com;dmeeter@lee-lawfirm.com

KB/24151

NATALIE LEHMAN on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY
nlehman@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net;

NATALIE LEHMAN on behalf of Plaintiff HOMEWARD RESIDENTIAL, INC.
nlehman@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net;

STEVEN LOIZZI, JR on behalf of Counter-Defendant ALESSI & KOENIG, LLC
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Counter-Defendant MAJESTIC HILLS COMMUNITY ASSOCIATION
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Counter-Defendant PARADISE FALLS HOMEOWNERS ASSOCIATION
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Counter-Defendant PARK 1 AT SUMMERLINGATE
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Defendant ALESSI & KOENIG, LLC
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Intervenor-Defendant CASA REAL I HOMEOWNERS ASSOCIATION
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Intervenor-Plaintiff ALESSI & KOENIG, LLC
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Plaintiff 4300 N LAMONT 268 TRUST
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Plaintiff ALESSI & KOENIG, LLC
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

STEVEN LOIZZI, JR on behalf of Plaintiff DESERT PINE VILLAS HOMEOWNERS ASSOCIATION
steve@nrs116.com, jona@nrs116.com;max@nrs116.com

AARON R. MAURICE on behalf of Cross Defendant FIRST AMERICAN TRUSTEE SERVING SOLUTIONS, LLC
amaurice@klnevada.com,
sowens@klnevada.com;bwood@klnevada.com;bankruptcy@klnevada.com

AARON R. MAURICE on behalf of Defendant FIRST AMERICAN TRUSTEE SERVICING

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-42-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  SOLUTIONS, LLC
   amaurice@klnevada.com,
2  sowens@klnevada.com;bwood@klnevada.com;bankruptcy@klnevada.com

3  MATTHEW J MCALONIS on behalf of Creditor CAPAROLA AT SOUTHERN HIGHLANDS
   HOMEOWNERS ASSOCIATION
4  MMcAlonis@the-clg.com, cmrowicki@the-clg.com;SBishai@the-clg.com;jaylor@the-clg.com

5  JEANETTE E. MCPHERSON on behalf of Trustee SHELLEY D KROHN
   bkfilings@s-mlaw.com
6
7  CHRISTINA V MILLER on behalf of Counter-Claimant DEUTSCHE BANK NATIONAL
   TRUST COMPANY
   cmiller@wrightlegal.net
8
9  CHRISTINA V MILLER on behalf of Counter-Claimant U.S. BANK
   cmiller@wrightlegal.net

10 CHRISTINA V MILLER on behalf of Counter-Claimant U.S. BANK, N.A.
   cmiller@wrightlegal.net
11
12 CHRISTINA V MILLER on behalf of Counter-Claimant WELLS FARGO BANK, N.A.
   cmiller@wrightlegal.net

13 CHRISTINA V MILLER on behalf of Defendant BANK OF AMERICA, N.A.
   cmiller@wrightlegal.net
14
15 CHRISTINA V MILLER on behalf of Defendant CHASE BANK USA, N.A.
   cmiller@wrightlegal.net

16 CHRISTINA V MILLER on behalf of Defendant CITIMORTGAGE, INC.
   cmiller@wrightlegal.net
17
18 CHRISTINA V MILLER on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST
   COMPANY
   cmiller@wrightlegal.net
19
20 CHRISTINA V MILLER on behalf of Defendant DLJ MORTGAGE CAPITAL, INC.
   cmiller@wrightlegal.net

21 CHRISTINA V MILLER on behalf of Defendant FEDERAL NATIONAL MORTGAGE
   ASSOCIATION
22 cmiller@wrightlegal.net

23 CHRISTINA V MILLER on behalf of Defendant HSBC BANK USA NATIONAL
   ASSOCIATION
24 cmiller@wrightlegal.net

-43-

KB/24151

1

2
CHRISTINA V MILLER on behalf of Defendant JPMORGAN CHASE BANK, N.A
cmiller@wrightlegal.net

3
CHRISTINA V MILLER on behalf of Defendant LITTON LOAN SERVICING, LP
cmiller@wrightlegal.net

4

5
CHRISTINA V MILLER on behalf of Defendant MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
cmiller@wrightlegal.net

6

7
CHRISTINA V MILLER on behalf of Defendant NATIONAL DEFAULT SERVICING, LLC
cmiller@wrightlegal.net

8
CHRISTINA V MILLER on behalf of Defendant NATIONSTAR MORTGAGE LLC
cmiller@wrightlegal.net

9

10
CHRISTINA V MILLER on behalf of Defendant NATIONSTAR MORTGAGE, LLC
cmiller@wrightlegal.net

11
CHRISTINA V MILLER on behalf of Defendant OCWEN LOAN SERVICING, LLC
cmiller@wrightlegal.net

12

13
CHRISTINA V MILLER on behalf of Defendant ONEWEST BANK, N.A.
cmiller@wrightlegal.net

14
CHRISTINA V MILLER on behalf of Defendant SELECT PORTFOLIO SERVICING INC.
cmiller@wrightlegal.net

15

16
CHRISTINA V MILLER on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
cmiller@wrightlegal.net

17
CHRISTINA V MILLER on behalf of Defendant U.S. BANK, NATIONAL ASSOCIATION
cmiller@wrightlegal.net

18

19
CHRISTINA V MILLER on behalf of Defendant USROF III LEGAL TITLE TRUST 2015-1
cmiller@wrightlegal.net

20
CHRISTINA V MILLER on behalf of Defendant WELLS FARGO BANK, N.A
cmiller@wrightlegal.net

21

22
CHRISTINA V MILLER on behalf of Defendant WESTERN PROGRESSIVE NEVADA INC.
cmiller@wrightlegal.net

23
CHRISTINA V MILLER on behalf of Intervenor-Defendant DITECH FINANCIAL, LLC
cmiller@wrightlegal.net

24

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-44-

KB/24151

CHRISTINA V MILLER on behalf of Intervenor-Defendant SPRINGLEAF FINANCIAL SERVICES, INC.
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Intervenor-Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff CHRISTIANA TRUST
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff CITIBANK, N.A.
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff HOMEWARD RESIDENTIAL, INC.
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff PROF-2013-M4 LEGAL TITLE TRUST
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff SELECT PORTFOLIO SERVICING INC.
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff SELECT PORTFOLIO SERVICING, LLC
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff THE BANK OF NEW YORK MELLON
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff U.S. BANK TRUST, N.A.
cmiller@wrightlegal.net

CHRISTINA V MILLER on behalf of Plaintiff WELLS FARGO BANK, N.A.
cmiller@wrightlegal.net

DANA JONATHON NITZ on behalf of 3rd Pty Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant CITIMORTGAGE, INC.

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant DEUTSCHE BANK NATIONAL TRUST COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant FEDERAL NATIONAL MORTGAGE ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant LITTON LOAN SERVICING LP
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant OCWEN LOAN SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant U.S. BANK
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant U.S. BANK NATIONAL ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Claimant WELLS FARGO BANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant BANK OF NEW YORK MELLON
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant CHRISTIANA TRUST
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant CITIBANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant HSBC BANK USA NATIONAL ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant OCWEN LOAN SERVICING LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant U.S. BANK NATIONAL ASSOCIATION

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-46-

KB/24151

dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant U.S. BANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant U.S. BANK, NATIONAL
ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Counter-Defendant WELLS FARGO BANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Creditor HSBC BANK USA, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Creditor SELECT PORTFOLIO SERVICING LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Cross-Claimant LITTON LOAN SERVICING LP
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant BANK OF AMERICA, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant CITIBANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant CITIMORTGAGE, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST
COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant DLJ MORTGAGE CAPITAL, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant FEDERAL NATIONAL MORTGAGE
ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant FIRST FRANKLIN FINANCIAL CORP.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant LITTON LOAN SERVICING, LP
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

DANA JONATHON NITZ on behalf of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant NATIONAL DEFAULT SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant NATIONSTAR MORTGAGE LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant NATIONSTAR MORTGAGE, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant NEW CENTURY MORTGAGE CORPORATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant OCWEN LOAN SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant ONEWEST BANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant SELECT PORTFOLIO SERVICING INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant U.S. BANK, NATIONAL ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant WELLS FARGO BANK, N.A
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant WESTERN PROGRESSIVE NEVADA INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party BAYVIEW LOAN SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party BSI FINANCIAL SERVICES, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party CALIBER HOME LOANS, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

DANA JONATHON NITZ on behalf of Interested Party CARRINGTON MORTGAGE COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party CITIBANK
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party DITECH FINANCIAL, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party FAY SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party FEDERAL NATIONAL MORTGAGE ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party NATIONSTAR MORTGAGE, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party OCWEN LOAN SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party RESIDENTIAL CREDIT SOLUTIONS, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party SELECT PORTFOLIO SERVICING, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party SETERUS, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party SHELLPOINT MORTGAGE SERVICING
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party SPECIALIZED LOAN SERVICING, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Interested Party WELLS FARGO BANK
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Intervenor-Defendant DITECH FINANCIAL, LLC

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-49-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

2  DANA JONATHON NITZ on behalf of Intervenor-Defendant SPRINGLEAF FINANCIAL
SERVICES, INC.

3  dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

4  DANA JONATHON NITZ on behalf of Intervenor-Plaintiff FEDERAL NATIONAL
MORTGAGE ASSOCIATION

5  dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

6  DANA JONATHON NITZ on behalf of Plaintiff BANK OF NEW YORK MELLON
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

7

8  DANA JONATHON NITZ on behalf of Plaintiff CHRISTIANA TRUST
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

9  DANA JONATHON NITZ on behalf of Plaintiff CITIBANK, N.A.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

10

11  DANA JONATHON NITZ on behalf of Plaintiff DEUTSCHE BANK NATIONAL TRUST
COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

12

13  DANA JONATHON NITZ on behalf of Plaintiff DEUTSCHE BANK TRUST COMPANY
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

14  DANA JONATHON NITZ on behalf of Plaintiff HOMEWARD RESIDENTIAL, INC.
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

15

16  DANA JONATHON NITZ on behalf of Plaintiff HSBC BANK USA NATIONAL
ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

17

18  DANA JONATHON NITZ on behalf of Plaintiff LN MANAGEMENT LLC SERIES 5576
ROCHELLE 8C
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

19

20  DANA JONATHON NITZ on behalf of Plaintiff NATIONSTAR MORTGAGE, LLC
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

21  DANA JONATHON NITZ on behalf of Plaintiff THE BANK OF NEW YORK MELLON
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

22

23  DANA JONATHON NITZ on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

24  DANA JONATHON NITZ on behalf of Plaintiff U.S. BANK, NATIONAL ASSOCIATION

KB/24151

1  dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

2  DANA JONATHON NITZ on behalf of Plaintiff WELLS FARGO BANK, N.A.
   dnitz@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

3

4  ROBERT B. NOGGLE on behalf of Plaintiff LINDA FONG
   office@nogglelaw.com

5  JAMES W PENGILLY on behalf of Counter-Defendant THE HEATHERS HOMEOWNERS
   ASSOCIATION

6  jpengilly@pengillylawfirm.com,
   cschnider@pengillylawfirm.com;cfuss@pengillylawfirm.com;oschulze@pengillylawfirm.com

7

8  JAMES W PENGILLY on behalf of Interested Party JAMES PENGILLY
   jpengilly@pengillylawfirm.com,
   cschnider@pengillylawfirm.com;cfuss@pengillylawfirm.com;oschulze@pengillylawfirm.com

9

10 TAMARA BEATTY PETERSON on behalf of Creditor SOUTHERN HIGHLANDS
   COMMUNITY ASSOCIATION
   tpeterson@petersonbaker.com, eparcells@petersonbaker.com

11

12 ERIC S. POWERS on behalf of Counter-Claimant BANK OF AMERICA, N.A
   epowers@wrightlegal.net

13 ERIC S. POWERS on behalf of Counter-Claimant U.S. BANK, N.A.
   epowers@wrightlegal.net

14

15 ERIC S. POWERS on behalf of Defendant CITIMORTGAGE, INC.
   epowers@wrightlegal.net

16 ERIC S. POWERS on behalf of Defendant NATIONSTAR MORTGAGE, LLC
   epowers@wrightlegal.net

17

18 ERIC S. POWERS on behalf of Plaintiff CHRISTIANA TRUST
   epowers@wrightlegal.net

19 ERIC S. POWERS on behalf of Plaintiff THE BANK OF NEW YORK MELLON
   epowers@wrightlegal.net

20

21 TRENT L. RICHARDS on behalf of Creditor MELINDA JAMES
   trichards@bourassalawgroup.com

22 TRENT L. RICHARDS on behalf of Plaintiff WHITTINGTON HOLDINGS 1, LLC
   trichards@bourassalawgroup.com

23

24 ROBERT RIETHER on behalf of Defendant DLJ MORTGAGE CAPITAL, INC.
   rriether@wrightlegal.net

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

ROBERT RIETHER on behalf of Defendant WELLS FARGO BANK, N.A
rriether@wrightlegal.net

ROBERT RIETHER on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
riether@wrightlegal.net

ROBERT RIETHER on behalf of Plaintiff WELLS FARGO BANK, N.A.
RRIETHER@WRIGHTLEGAL.NET

ROBERT RIETHER on behalf of Plaintiff WELLS FARGO BANK, N.A.
rriether@wrightlegal.net

JOHN M. SAMBERG on behalf of Interested Party DOUBLE DIAMOND RANCH MASTER
ASSOCIATION
jsamberg@wrslawyers.com, efilingjms@wrslawyers.com

KRISTIN A. SCHULER-HINTZ on behalf of Defendant QUALITY LOAN SERVICE
CORPORATION
bknotice@mccarthyholthus.com

WILLIAM D. SCHULLER on behalf of Creditor LEVI J JONES
wschuller@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.courtdrive.com

WILLIAM D. SCHULLER on behalf of Defendant FIRST AMERICAN TITLE INSURANCE
CO.
wschuller@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.courtdrive.com

JAMES PATRICK SHEA on behalf of Creditor WELLS FARGO BANK, N.A.
jshea@armstrongteasdale.com

EDGAR C. SMITH on behalf of 3rd Party Plaintiff BANK OF AMERICA, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of 3rd Party Plaintiff U.S. BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of 3rd Party Plaintiff WELLS FARGO BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant CHASE BANK USA, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant CITIMORTGAGE, INC.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

EDGAR C. SMITH on behalf of Counter-Claimant DEUTSCHE BANK NATIONAL TRUST COMPANY
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant HSBC BANK USA NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant JPMORGAN CHASE BANK N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant NATIONSTAR MORTGAGE, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant U.S. BANK NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant U.S. BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant USROF III LEGAL TITLE TRUST 2015-1
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant WELLS FARGO BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant WELLS FARGO BANK, NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Claimant WELLS FARGO, NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Defendant CHRISTIANA TRUST
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Defendant HSBC BANK USA, NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Defendant MORTGAGE ELECTRONIC REGISTRATION STYSTEMS, INC.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Counter-Defendant MORTGAGE ELECTRONIC

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1 REGISTRATION SYSTEMS INC.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

2

3 EDGAR C. SMITH on behalf of Counter-Defendant PROF-2013-M4 LEGAL TITLE TRUST
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

4 EDGAR C. SMITH on behalf of Counter-Defendant THE BANK OF NEW YORK MELLON
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

5

6 EDGAR C. SMITH on behalf of Counter-Defendant U.S. BANK MORTGAGE, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

7 EDGAR C. SMITH on behalf of Counter-Defendant U.S. BANK NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

8

9 EDGAR C. SMITH on behalf of Counter-Defendant U.S. BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

10 EDGAR C. SMITH on behalf of Counter-Defendant U.S. BANK, NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

11

12 EDGAR C. SMITH on behalf of Cross Defendant OCWEN LOAN SERVICING, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

13 EDGAR C. SMITH on behalf of Cross Defendant U.S. BANK NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

14

15 EDGAR C. SMITH on behalf of Cross Defendant U.S. BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

16 EDGAR C. SMITH on behalf of Defendant BAC HOME LOANS SERVICING LP
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

17

18 EDGAR C. SMITH on behalf of Defendant BANK OF AMERICA, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

19 EDGAR C. SMITH on behalf of Defendant CHASE BANK USA, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

20

21 EDGAR C. SMITH on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

22 EDGAR C. SMITH on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST
COMPANY

23 esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

24 EDGAR C. SMITH on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION

KB/24151

esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant NATIONSTAR MORTGAGE, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant OCWEN LOAN SERVICING, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant U.S. BANK MORTGAGE, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant U.S. BANK. N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant USROF III LEGAL TITLE TRUST 2015-1
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant WELLS FARGO BANK, N.A.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant WELLS FARGO, NATIONAL ASSOCIATION
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Defendant WESTERN PROGRESSIVE NEVADA INC.
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Plaintiff CHRISTIANA TRUST
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Plaintiff NATIONSTAR MORTGAGE, LLC
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Plaintiff PROF-2013-M4 LEGAL TITLE TRUST
esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

EDGAR C. SMITH on behalf of Plaintiff SELECT PORTFOLIO SERVICING INC.

-55-

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

2  EDGAR C. SMITH on behalf of Plaintiff SELECT PORTFOLIO SERVICING, LLC
   esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

3

4  EDGAR C. SMITH on behalf of Plaintiff THE BANK OF NEW YORK MELLON
   esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

5  EDGAR C. SMITH on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
   esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

6

7  EDGAR C. SMITH on behalf of Plaintiff U.S. BANK TRUST, N.A.
   esmith@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net

8  KEVIN S. SODERSTROM on behalf of Defendant PNC FINANCIAL SERVICES GROUP,
   INC.

9  nvbk@tblaw.com

10  ARIEL E. STERN on behalf of Creditor BANK OF AMERICA, N.A.
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

11

12  ARIEL E. STERN on behalf of Creditor WELLS FARGO BANK, N.A.
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

13  ARIEL E. STERN on behalf of Defendant BANK OF NEW YORK MELLON
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

14

15  ARIEL E. STERN on behalf of Defendant NATIONSTAR MORTGAGE LLC
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

16  ARIEL E. STERN on behalf of Plaintiff BANK OF NEW YORK MELLON
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

17

18  ARIEL E. STERN on behalf of Plaintiff BAYVIEW LOAN SERVICING, LLC
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

19  ARIEL E. STERN on behalf of Plaintiff PENNYMAC HOLDINGS, LLC
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

20

21  ARIEL E. STERN on behalf of Plaintiff PENNYMAC LOAN TRUST 2012-NPL1
    ariel.stern@akerman.com, Darren.brenner@akerman.com;akermanlas@akerman.com

22  U.S. TRUSTEE - LV - 7
    USTPRegion17.LV.ECF@usdoj.gov

23

24  ACE C VAN PATTEN on behalf of Counter-Claimant FEDERAL NATIONAL MORTGAGE
    ASSOCIATION

KB/24151

1   efile@brookshubley.com

2   ACE C VAN PATTEN on behalf of Counter-Defendant THE BANK OF NEW YORK
    MELLON

3   efile@brookshubley.com

4   ACE C VAN PATTEN on behalf of Defendant FEDERAL NATIONAL MORTGAGE
    ASSOCIATION

5   efile@brookshubley.com

6   ACE C VAN PATTEN on behalf of Defendant THE BANK OF NEW YORK MELLON
    avanpatten@brookshubley.com

7
    ACE C VAN PATTEN on behalf of Interested Party BROOKS HUBLEY, LLP

8   efile@brookshubley.com

9   ACE C VAN PATTEN on behalf of Intervenor-Defendant FEDERAL NATIONAL
    MORTGAGE ASSOCIATION

10  efile@brookshubley.com

11  SHADD A. WADE on behalf of Plaintiff BANK OF NEW YORK MELLON
    swade@wrightlegal.net

12
    SHADD A. WADE on behalf of Plaintiff HSBC BANK USA NATIONAL ASSOCIATION

13  swade@wrightlegal.net

14  SHADD A. WADE on behalf of Plaintiff THE BANK OF NEW YORK MELLON
    swade@wrightlegal.net

15
    GREGORY L. WILDE on behalf of Defendant PNC FINANCIAL SERVICES GROUP, INC.

16  nvbk@tblaw.com, gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

17  DONALD H. WILLIAMS on behalf of Defendant REPUBLIC SILVER STATE DISPOSAL,
    INC.

18  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

19  DONALD H. WILLIAMS on behalf of Defendant REPUBLIC SILVER STATE SERVICES
    DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

20
    DONALD H. WILLIAMS on behalf of Intervenor-Defendant REPUBLIC SILVER STATE

21  DISPOSAL, INC.
    DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

22
    NATALIE L. WINSLOW on behalf of 3rd Party Plaintiff BANK OF AMERICA, N.A.

23  natalie.winslow@akerman.com,
    ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo

24  w@akerman.com

-57-

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

NATALIE L. WINSLOW on behalf of Counter-Claimant BANK OF AMERICA
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant BANK OF AMERICA, N.A
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant BANK OF AMERICA, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant DEUTSCHE BANK NATIONAL
TRUST COMPANY
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant GREEN TREE SERVICING LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant NATIONSTAR MORTGAGE LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant NATIONSTAR MORTGAGE, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant PENNYMAC HOLDINGS, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Claimant THE BANK OF NEW YORK
MELLON
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

NATALIE L. WINSLOW on behalf of Counter-Defendant BANK OF AMERICA, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Defendant BAYVIEW LOAN SERVICING LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Defendant LN MANAGEMENT LLC SERIES 7205 VISTA BONITA
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Defendant NATIONSTAR MORTGAGE, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Defendant PENNYMAC LOAN TRUST 2012-NPL1
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Counter-Defendant U.S. BANK NATIONAL ASSOCIATION
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Creditor BANK OF AMERICA, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Creditor WELLS FARGO BANK, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant BANK OF AMERICA
natalie.winslow@akerman.com,

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant BANK OF AMERICA, N,A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant BANK OF AMERICA, N.A
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant BANK OF AMERICA, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant BANK OF NEW YORK MELLON
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant GREEN TREE SERVICING LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant NATIONSTAR MORTGAGE LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant NATIONSTAR MORTGAGE, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Cross-Claimant THE BANK OF NEW YORK MELLON
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Defendant BAC HOME LOANS SERVICING, LP
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NATALIE L. WINSLOW on behalf of Defendant BANK OF AMERICA NA
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant BANK OF AMERICA, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant BANK OF NEW YORK MELLON
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant CITIBANK, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant COUNTRYWIDE BANK, FSB
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant COUNTRYWIDE HOME LOANS, INC.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant COUNTRYWIDE KB HOME LOANS, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant GREEN TREE SERVICING LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

NATALIE L. WINSLOW on behalf of Defendant GREEN TREE SERVICING, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant NATIONSTAR MORTGAGE LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant NATIONSTAR MORTGAGE, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant SELECT PORTFOLIO SERVICING, INC.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant THE BANK OF NEW YORK
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant THE BANK OF NEW YORK MELLON
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant THE BANK OF NEW YORK MELLON TRUST
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Defendant WILMINGTON TRUST, N.A.
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugow@akerman.com

NATALIE L. WINSLOW on behalf of Interested Party BAYVIEW LOAN SERVICING, LLC

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Interested Party NATIONSTAR MORTGAGE, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Interested Party PENNYMAC LOAN SERVICES, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff ALESSI & KOENIG, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff BANK OF NEW YORK MELLON
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff BAYVIEW LOAN SERVICING, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff LN MANAGEMENT LLC SERIES 7205
VISTA BONITA
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff PENNYMAC HOLDINGS, LLC
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff PENNYMAC LOAN TRUST 2012-NPL1
natalie.winslow@akerman.com,
ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

NATALIE L. WINSLOW on behalf of Plaintiff U.S. BANK NATIONAL ASSOCIATION
natalie.winslow@akerman.com,

KB/24151

ariel.stern@akerman.com;darren.brenner@akerman.com;akermanlas@akerman.com;erin.abugo
w@akerman.com

MICHAEL B WIXOM on behalf of Creditor 2010-1 CRE VENTURE, LLC
mbw@slwlaw.com, ef@slwlaw.com

ANTHONY A. ZMAILA on behalf of Interested Party MICHAEL L. FORCHE
bkecf.aaznevada@gmail.com,
tony@aaznevada.com;pat@aaznevada.com;peter@aaznevada.com;evan@aaznevada.com

An Employee of ALVERSON, TAYLOR,
MORTENSEN & SANDERS

\\atms-fs2\data\kurt.grp\CLIENTS\22700\22770 - 10852 Fishers Island\pleadings\BK- Remand.doc

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KB/24151