

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 24, 2017

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| In re | ) Case No. 16-16593-abl |
| | ) |
| **ALESSI & KOENIG, LLC,** | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| **RUPERTS COURT TRUST, et. al** | ) Adv. Proc. No. 17-01012-abl |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **FEDERAL NATIONAL MORTGAGE** | ) |
| **ASSOCIATION,** et al., | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** | ) Adv. Proc. No. 17-01013-abl |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **MAUNLAND, LLC**, et al., | ) |
| Defendants, | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** | ) Adv. Proc. No. 17-01015-abl |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **MICHAEL WEISS**, et al., | ) |
| Defendants | ) |
| _____ | ) |

| | |
|---|---|
| **KE ALOHA HOLDINGS, LLC,** | ) **Adv. Proc. No. 17-01016-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **PETER ARSAGA**, et al. | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** et al | ) **Adv. Proc. No. 17-01017-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **FREDERICK W. STORM**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **LN MANANGEMENT LLC SERIES 7205 VISTA BONITA,** | ) **Adv. Proc. No. 17-01018-abl** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **JOHN T. ALLSOPP**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **NEVADA PROPERTY HOLDINGS, LLC,** | ) **Adv. Proc. No. 17-01020-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **ROBERT N. BLACKFORD**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC** | ) **Adv. Proc. No. 17-01022-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **E & M DESTINY, LLC**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **SATICOY BAY LLC 4456 ACROPOLIS,** | ) **Adv. Proc. No. 17-01023-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **BANK OF AMERICA, N.A.,** et al., | ) |
| Defendants | ) |
| _____ | ) |

| | |
|---|---|
| **HOLM INTERNATIONAL PROPERTIES, LLC,** | **) Adv. Proc. No. 17-01025-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **BANK OF AMERICA, N.A.**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **OLIVER SAGEBRUSH DRIVE TRUST,** | **) Adv. Proc. No. 17-01026-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **NATIONSTAR MORTGAGE, LLC**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** | **) Adv. Proc. No. 17-01027-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **JUSTIN C. MARTIN**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **KEYNOTE PROPERTIES, LLC,** | **) Adv. Proc. No. 17-01029-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **STEPHANIE AVILA**, et al., | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC**, | **) Adv. Proc. No. 17-01030-abl** |
| v. | ) |
| | ) |
| **MICHAEL BARNETT**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** | **) Adv. Proc. No. 17-01031-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **CORY R. BLACK**, et al., | ) |
| Defendants | ) |
| _____ | ) |

3

**CKVC INVESTMENTS, LLC,**
           Plaintiff,              ) **Adv. Proc. No. 17-01032-abl**
v.                                 )
                                 )
**SANDRA A. BOBE**, et al.,         )
           Defendants        )
_____ )

**RJRN HOLDINGS, LLC**           )
           Plaintiff,            ) **Adv. Proc. No. 17-01035-abl**
v.                                 )
                                 )
**PHILLIP JENKINS**, et al.,        )
           Defendants        )
_____ )

**ALESSI & KOENIG, LLC,**       )
           Plaintiff,            ) **Adv. Proc. No. 17-01038-abl**
v.                                 )
                                 )
**MARC LEEDS**, et al.,          )
           Defendants        )
_____ )

**LN MANAGEMENT LLC, SERIES 4980**  )
**DROUBAY,**                     )
           Plaintiff,            ) **Adv. Proc. No. 17-01039-abl**
v.                                 )
                                 )
**GEORGEIANNA OZTURK**, et al.,  )
           Defendants        )
_____ )

**ALESSI & KOENIG, LLC,**       )
v.                                 ) **Adv. Proc. No. 17-01041-abl**
                                 )
**ADEKUNLE  AJAYI**, et al.,      )
           Defendants        )
_____ )

**HOMEWARD RESIDENTIAL INC. FKA**  )
**AMERICAN HOME MORTGAGE SERVICING** ) **Adv. Proc. No. 17-01042-abl**
**INC.,**                      )
           Plaintiff,            )
v.                                   )
                                 )
**ALESSI & KOENIG, LLC**, et al.,   )
           Defendants        )
_____ )

4

| | |
|---|---|
| **SATICOY BAY SERIES 4330 MELROSE ABBEY PLACE,** | ) **Adv. Proc. No. 17-01043-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| **BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFCIATES SERIES 2007-3,** et al., | ) |
| Defendants | ) |
| _____ | ) |
| **PENNYMAC HOLDINGS, LLC,** | ) **Adv. Proc. No. 17-01045-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **YULIA PLATONOVA**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-OA4, MORTGAGE PASS-THROUGH CERTIFCIATES SERIES 2006-OA4,** | ) **Adv. Proc. No. 17-01046-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENTS POOL 1, LLC**, et al., | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC**, | ) **Adv. Proc. No. 17-01047-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **YVONNE M. HEBERT**, et al., | ) |
| Defendants | ) |
| _____ | ) |

| | |
|---|---|
| **BAYVIEW LOAN SERVICING, LLC,** | ) **Adv. Proc. No. 17-01050-abl** |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| **TAWANA  VALDEZ**, et al., | ) |
|         Defendants | ) |
| _____ | ) |
| | ) **Adv. Proc. No. 17-01051-abl** |
| **KE ALOHA HOLDINGS, LLC,** | ) |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| **NATALYA CHERKASSKY**, et al., | ) |
|         Defendants | ) |
| _____ | ) |
| **NV EAGLES, LLC,** | ) **Adv. Proc. No. 17-01053-abl** |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| **CONTRYWIDE HOME LOANS, INC.**, et al., | ) |
|         Defendants | ) |
| _____ | ) |
| **LVDG, LLC [SERIES 116],** | ) **Adv. Proc. No. 17-01054-abl** |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| **VIPUL SHARMA**, et al., | ) |
|         Defendants | ) |
| _____ | ) |
| **LN MANAGEMENT SERIES 8729 AUTUMN VALLEY,** | ) **Adv. Proc. No. 17-01057-abl** |
|         Plaintiff, | ) |
| v. | ) |
| | ) |
| **RICHARD E. SZUKALA**, et al., | ) |
|         Defendants | ) |
| _____ | ) |

| | |
|---|---|
| **SMM CAPITAL, LLC,** | ) **Adv. Proc. No. 17-01058-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **BANK OF AMERICA, N.A.,** et al., | ) |
| Defendants | ) |
| _____ | ) |
| **LN MANAGEMENT LLC SERIES 5227 ENGLISH ASTER,** | ) **Adv. Proc. No. 17-01059-abl** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **TYRONE HARDY**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **LN MANAGEMENT LLC SERIES 2016, NAVASOTA,** | ) **Adv. Proc. No. 17-01060-abl** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **CHRISTIAN HERNANDEZ**, et al., | ) |
| _____ | ) |
| **LN MANAGEMENT SERIES 2216 SAXTON HILL,** | ) **Adv. Proc. No. 17-01061-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **VANESSA I. PENA**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** | ) **Adv. Proc. No. 17-01063-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **QI SHI**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **STEIJUM HOLDING, LC** | ) **Adv. Proc. No. 17-01064-abl** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **BANK OF AMERICA, N.A.**, et al., | ) |
| Defendants | ) |
| _____ | ) |

**LAS VEGAS DEVELOPMENT GROUP, LLC,**  ) Adv. Proc. No. 17-01065-abl
          Plaintiff,  )
v.  )
   )
**NORMA DORANTES**, et al.,  )
          Defendants  )
_____ )

**LN MANAGEMENT, LLC SERIES 7229 PAINTED**  ) Adv. Proc. No. 17-01067-abl
**SHADOWS,**  )
          Plaintiff,  )
v.  )
   )
**SUMMER L. POLLOCK**, et al.,  )
_____ )

**LN MANAGEMENT, LLC SERIES 5310 JOSHUA**  ) Adv. Proc. No. 17-01068-abl
**JOSE**,  )
          Plaintiff,  )
v.  )
   )
**JON L. TIGNOR**, et al.,  )
          Defendants  )
_____ )

**LN MANAGEMENT, LLC SERIES 769**  ) Adv. Proc. No. 17-01069-abl
**OAKMONT,**  )
          Plaintiff,  )
v.  )
   )
**BAC HOME LOANS SERVICING, LP FKA**  )
**COUNTRYWIDE HOME LOANS SERVICING LP**,  )
et al.,  )
          Defendants  )
_____ )

**US BANK, NATIONAL ASSOCIATION, AS**  ) Adv. Proc. No. 17-01070-abl
**TRUSTEE FOR MERRILL LYNCH MORTGAGE**  )
**INVESTORS TRUST, MORTGAGE LOAN ASSET-**  )
**BACKED CERTIFICATES, SERIEES 2005-A8,**  )
          Plaintiff,  )
v.  )
   )
**SFR INVESTMENTS POOL 1, LLC**, et al.,  )
          Defendants  )
_____ )

**ALESSI & KOENIG, LLC,**
    Plaintiff,
v.            ) **Adv. Proc. No. 17-01071-abl**
             )
**BAC HOME LOANS SERVICING, LP FKA** )
**COUNTRYWIDE HOME LOANS SERVICING, LP**, )
et al.,           )
    Defendants     )
_____ )

**DEUTSCHE BANK NATIONAL TRUST** ) **Adv. Proc. No. 17-01072-abl**
**COMPANY AS TRUSTEE FOR AMERIQUEST** )
**MORTGAGE SECURITITES INC., ASSET-BACKED** )
**PASS-THROUGH CERTIFICATES, SERIES 2002-C** )
     Plaintiff,    )
v.           )
             )
**LVDG LLC, SERIES 180**, et al.,   )
    Defendants     )
_____ )

**DEUTSCHE BANK TRUST COMPANY,** ) **Adv. Proc. No. 17-01073-abl**
**AMERICAS AS TRUSTEE RALI 2006QA5** )
     Plaintiff,    )
v.           )
             )
**SFR INVESTMENTS POOL 1, LLC**, et al., )
    Defendants     )
_____ )

**ALESSI & KOENIG, LLC,**    ) **Adv. Proc. No. 17-01074-abl**
     Plaintiff,    )
v.           )
             )
**JOHNATHAN WOOD**, et al.,   )
    Defendants     )
_____ )

**ANNA YI, INDIVIDUAL AND AS TRUSTEE OF YI** ) **Adv. Proc. No. 17-01075-abl**
**S & A FAMILY TRUST,**    )
     Plaintiff,    )
v.           )
             )
**ROYAL HIGHLANDS STREET AND LANDSCAPE** )
**MAINTENANCE CORPORATION**, et al., )
    Defendants     )
_____ )

**RENO PROJECT MANAGEMENT, LLC,**

                Plaintiff,            ) **Adv. Proc. No. 17-01076-abl**

v.                                 )

                                   )

**THOMAS M. THEOFANIDES**, et al.,    )

                Defendants        )
_____ )

**SANUCCI CT TRUST,**               )

                Plaintiff,            ) **Adv. Proc. No. 17-01077-abl**

v.                                 )

                                   )

**JOSEPH ELEVADO**, et. al.,          )

                Defendants        )
_____ )

**ALESSI & KOENIG, LLC,**           )

                Plaintiff,            ) **Adv. Proc. No. 17-01082-abl**

v.                                 )

                                   )

**MARIAH D. LEWIS**, et al.,        )

                Defendants        )
_____ )

**NATIONSTAR MORTGAGE, LLC,**    )

                Plaintiff,            )

v.                                 ) **Adv. Proc. No. 17-01085-abl**

                                   )

**SFR INVESTMENTS POOL 1, LLC**, et al.,  )
_____ )

**RIVER GLIDER AVENUE TRUST**,     )

                Plaintiff,            )

v.                                 ) **Adv. Proc. No. 17-01089-abl**

                                   )

**RECONTRUCT COMPANY, N.A.,** et al.,  )

                Defendants        )
_____ )

**DESERT PINE VILLAS HOMEOWNERS**  )
**ASSOCIATION,**                    )

                Plaintiff,            ) **Adv. Proc. No. 17-01090-abl**

v.                                 )

                                   )

**LINDA REYES KABILING, AKA DONNA**  )
**KABILING** et al.,               )

                Defendants        )

| | |
|---|---|
| **KEYNOTE PROPERTIES, LLC,** | ) **Adv. Proc. No. 17-01091-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SELECT PORTFOLIO SERVICING, INC. AS** | ) |
| **SERVICING AGENT FOR WELLS FARGO BANK,** | ) |
| **N.A. AS TRUSTEE, ON BEHALF OF THE** | ) |
| **HOLDERS OF THE HARBORVIEW MORTGAGE** | ) |
| **LOAN TRUST MORTGAGE PASS-THROUGH** | ) |
| **CERTIFICATES SERIES 2006-12,** et al., | ) |
| Defendants | ) |
| _____ | ) |
| **RICHARD SOLOMON,** | ) **Adv. Proc. No. 17-01092-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **JOSPEH BIERNACKI**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **SOUTH LAND HOLDING FAMILY TRUST,** | ) **Adv. Proc. No. 17-01097-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENTS POOL 1, LLC**, et al., | ) |
| _____ | ) |
| **ALLIANT COMMERCIAL, LLC,** | ) **Adv. Proc. No. 17-01100-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **GREEN TREE SERVICING, LLC**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **ALESSI & KOENIG, LLC,** | ) **Adv. Proc. No. 17-01103-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **DAVID A. CROTEAU**, et al., | ) |
| Defendants | ) |
| _____ | ) |

11

**ALESSI & KOENIG, LLC,**                          ) **Adv. Proc. No. 17-01105-abl**
               Plaintiff,                          )
v.                                                )
                                                  )
**LAS VEGAS VALLEY WATER DISTRICT**, et al.,       )
               Defendants                          )
_____ )

**RODNEY HOLDINGS, LLC,**                          ) **Adv. Proc. No. 17-01106-abl**
               Plaintiff,                          )
v.                                                )
                                                  )
**SUSAN G. CIRONE**, et al.,                       )
_____ )

**NATIONSTAR MORTGAGE, LLC,**                      ) **Adv. Proc. No. 17-01107-abl**
               Plaintiff,                          )
v.                                                )
                                                  )
**SFR INVESTMENTS POOL 1, LLC**, et al.,           )
               Defendants                          )
_____ )

**SFR INVESTMENTS POOL 1, LLC,**                   ) **Adv. Proc. No. 17-01108-abl**
               Plaintiff,                          )
v.                                                )
                                                  )
**DEUTSCHE BANK NATIONAL TRUST,**                  )
**COMPNAY AS TRUSTEE FOR GSR MORTGAGE**            )
**LOAN TRUST 2006-OA I**, et al.,                  )
               Defendants                          )
_____ )

**WELLS FARGO BANK, N.A. AS TRUSTEE ON**           ) **Adv. Proc. No. 17-01109-abl**
**BEHALF OF THE HOLDERS OF THE**                   )
**HARBORVIEW MORTGAGE LOAN TRUST**                 )
**MORTGAGE LOAN PASS-THROUGH**                     )
**CERTIFICATES, SERIES 2006-12,**                  )
               Plaintiff,                          )
v.                                                )
                                                  )
**TRASHED HOME CORP.**, et al.,                    )
               Defendants                          )
_____ )

12

| | |
|---|---|
| **WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,** | ) **Adv. Proc. No. 17-01112-abl** |

**WELLS FARGO BANK, N.A. AS TRUSTEE ON** ) **Adv. Proc. No. 17-01112-abl**
**BEHALF OF THE HOLDERS OF THE** )
**HARBORVIEW MORTGAGE LOAN TRUST** )
**MORTGAGE LOAN PASS-THROUGH** )
**CERTIFICATES, SERIES 2006-12,** )
               Plaintiff, )
v. )
  )
**RICK SALOMON**, et al., )
               Defendants )
_____ )

**ALESSI & KOENIG, LLC,** ) **Adv. Proc. No. 17-01113-abl**
               Plaintiff, )
v. )
  )
**BRANDON TRIPLETT**, et al., )
_____ )

**US BANK TRUST, N.A., AS TRUSTEE FOR LSF8** ) **Adv. Proc. No. 17-01117-abl**
**MASTER PARTICIPATION TRUST**, )
               Plaintiff, )
v. )
  )
**SFR INVESTMENTS POOL 1, LLC**, et al., )
               Defendants )
_____ )

**HSBC BANK USA NATIONAL ASSOCIATION, AS** ) **Adv. Proc. No. 17-01119-abl**
**TRUSTEE ON BEHALF OF THE** )
**CERTIFICATEHOLDERS OF DEUTSCHE ALT-A** )
**SECURITIES MORTGAGE LOAN TRUST, SERIES** )
**2007-Bar1, MORTGAGE PASS-THROUGH** )
**CERTIFICATES, SERIES 2007-Bar1,** )
               Plaintiff, )
v. )
  )
**LOG CABIN MANOR HOMEOWNERS** )
**ASSOCIATION** et al., )
               Defendants )
_____ )

13

| | |
|---|---|
| **BANK NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE ALTERNATIVE LOAN TRUST 2005-06, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-06,** | ) **Adv. Proc. No. 17-01121-abl** |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENTS POOL 1, LLC,** et al., | ) |
| Defendants | ) |
| _____ | ) |
| **LN MANAGEMENT LLC, SERIES 5576 ROCHELLE 8C,** | ) **Adv. Proc. No. 17-01127-abl** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **EDWARD K. OMORI**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **PROF-2013-M4 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,** | ) **Adv. Proc. No. 17-01129-abl** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENT POOL 1, LLC**, et al., | ) |
| _____ | ) |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2006, GSAMP TRUST 2006-HE3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-H3**, | ) **Adv. Proc. No. 17-01133-abl** |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENT POOL 1, LLC**, et al., | ) |
| Defendants | ) |
| _____ | ) |

| | |
|---|---|
| **BANK OF NEW YORK MELLON, AS TRUSTEE** | ) Adv. Proc. No. 17-01134-abl |
| **FOR THE CERTIFICATEHOLDERS CWALT, INC.,** | ) |
| **ALTERNATIVE LOAN TRUST, 2004-32CB** | ) |
| **MORTGAGE PASS-THROUGH CERTIFICATES,** | ) |
| **SERIES 2004-32CB,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **VILLA AVADA CT TRUST,** et al., | ) |
| Defendants | ) |
| _____ | ) |
| **LAS VEGAS DEVELOPMENT GROUP, LLC,** | ) Adv. Proc. No. 17-01135-abl |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **US INVESTMENT SERIES 177**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **RJRN HOLDINGS, LLC,** | ) Adv. Proc. No. 17-01136-abl |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **JAMES PRESTON**, et al., | ) |
| _____ | ) |
| **BANK OF NEW YORK MELLON, AS TRUSTEE** | ) Adv. Proc. No. 17-01137-abl |
| **FOR THE CERTIFICATEHOLDERS CWALT, INC.,** | ) |
| **ALTERNATIVE LOAN TRUST, 2005-56** | ) |
| **MORTGAGE PASS-THROUGH CERTIFICATES,** | ) |
| **SERIES 2005-56**, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENTS POOL 1, LLC**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **CASA CHRISTINA LN TRUST,** | ) Adv. Proc. No. 17-01138-abl |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **CHERRY MICHAEL**, et al., | ) |
| Defendants | ) |
| _____ | ) |

**U.S. BANK NATIONAL ASSOCIATION, AS** ) **Adv. Proc. No. 17-01139-abl**
**SUCESSOR TRUSTEE TO BANK OF AMERICA,** )
**N.A. AS SUCESSOR TO LASALLE BANK, N.A.,** )
**AS TRUSTEE FOR HOLDERS OF THE MERRILL** )
**LYNCH FIRST FRANKLIN MORTGAGE LOAN** )
**TRUST, MORTGAGE LOAS ASSET-BACKED** )
**CERTIFICATES, SERIES 2007-FF2,** )
        Plaintiff, )
v. )
  )
**SFR INVESTMENTS POOL 1, LLC**, et al., )
        Defendants )
_____ )
**RESOURCES GROUP, LLC, AS TRUSTEE OF THE** ) **Adv. Proc. No. 17-01140-abl**
**BOURNE VALLEY COURT TRUST,** )
        Plaintiff, )
v. )
  )
**U.S. BANK NATIONAL ASSOCIATION, AS** )
**TRUSTEE FOR STRUCTURED ASSET** )
**INVESTMENT LOAN TRUST, MORTGAGE PASS-** )
**THROUGH CERTIFICATES 2005-10**, et al., )
_____ )
**WELLS FARGO BANK, NA, AS TRUSTEE ON** ) **Adv. Proc. No. 17-01141-abl**
**BEHALF OF THE HOLDERS OF THE** )
**HARBORVIEW MORTGAGE LOAN TRUST** )
**MORTGAGE LOAN PASS-THROUGH** )
**CERTIFICATES, SERIES 2006-12,** )
        Plaintiff, )
v. )
  )
**TERRAFIRMA VENTURE LLC**, et al., )
        Defendants )
_____ )

| | |
|---|---|
| **CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE STRUCTURED ASSET MORTGAGE INVESTMENTS, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-8,** | **) Adv. Proc. No. 17-01142-abl** |

**CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE STRUCTURED ASSET MORTGAGE INVESTMENTS, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-8,**
     Plaintiff,
v.

**LN MANAGEMENT, LLC SERIES 3377 MILENKO**, et al.,
     Defendants
_____

) Adv. Proc. No. 17-01142-abl
)
)
)
)
)
)
)
)
)
)
)
)
)

**HOLM INTERNATIONAL PROPERTIES, LLC,**
     Plaintiff,
v.

**LITTON LOAN SERVICING, LP**, et al.,
_____

) Adv. Proc. No. 17-01143-abl
)
)
)
)
)

**U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-1**,
     Plaintiff,
v.

**RESOURCES GROUP, LLC, AS TRUSTEE FOR DAISY TRUST**, et al.,
     Defendants
_____

) Adv. Proc. No. 17-01145-abl
)
)
)
)
)
)
)
)
)
)
)
)

**PRAIRIE FLOWER HOLDINGS, LLC,**
     Plaintiff,
v.

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW2**, et al.,
     Defendants
_____

) Adv. Proc. No. 17-01146-abl
)
)
)
)
)
)
)
)
)
)
)

17

| | |
|---|---|
| **ALESSI & KOENIG, LLC,** | **) Adv. Proc. No. 17-01147-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **STACY W. MOORE**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **SUZANNAH R. NOONAN, IRA, LLC,** | **) Adv. Proc. No. 17-01148-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **NIKOLAY P. IANAKIEV**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **CHRISTIANA TRUST, A DIVISION OF** | **) Adv. Proc. No. 17-01149-abl** |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** | ) |
| **AS TRUSTEE OF ARLP TRUST 3,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SFR INVESTMENTS POOL 1, LLC**, et al., | ) |
| _____ | ) |
| **DEUTSCHE BANK NATIONAL TRUST** | **) Adv. Proc. No. 17-01150-abl** |
| **COMPANY, AS TRUSTEE, IN TRUST FOR THE** | ) |
| **REGISTERED HOLDERS OF MORGAN STANLEY** | ) |
| **ABS CAPITAL I TRUST 2006-HE6 MORTGAGE** | ) |
| **PASS-THROUGH CERTIFICATES, SERIES 2006-** | ) |
| **HE6,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **KEYNOTE PROPERTIES, LLC**, et al., | ) |
| Defendants | ) |
| _____ | ) |
| **KEYNOTE PROPERTIES, LLC,** | **) Adv. Proc. No. 17-01151-abl** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **ROSALITO S. ORTEGA,** et al., | ) |
| Defendants | ) |
| _____ | ) |

18

**RICHARD SALOMON,**              ) **Adv. Proc. No. 17-01153-abl**
           Plaintiff,      )
v.                                )
                                     )
**CLARA A. BRAUD,** et al.,        )
           Defendants     )
_____ )

**BANK OF NEW YORK MELLON, AS TRUSTEE** ) **Adv. Proc. No. 17-01154-abl**
**FOR THE CERTIFICATE HOLDERS CWALT INC.,** )
**ALTERNATIVE LOAN TRUST 2006-19CB,** )
**MORTGAGE PASS-THROUGH CERTIFICATES,** )
**SERIES 2006-19C,** )
           Plaintiff,      )
v.                                )
                                     )
**SFR INVESTMENTS POOL 1, LLC**, et al.,    )
           Defendants     )
_____ )

**INTERNATIONAL FREEDOM INDUSTRIES, LLC,** ) **Adv. Proc. No. 17-01155-abl**
           Plaintiff,      )
v.                                 )
                                     )
**GREEN TREE SERVICING, LLC**, et al.,    )
_____ )

**CSC ACQUISITIONS AND HOLDING GROUP,** ) **Adv. Proc. No. 17-01157-abl**
**LLC**,                                 )
           Plaintiff,      )
v.                                 )
                                     )
**YUEN NAM LI**, et al.,            )
           Defendants     )
_____ )

**ALESSI & KOENIG, LLC,**         ) **Adv. Proc. No. 17-01160-abl**
           Plaintiff,      )
v.                                 )
                                     )
**BANK OF NEW YORK MELLON, AS TRUSTEE** )
**FOR THE CERTIFICATEHOLDERS OF THE** )
**CWABS, INC., ASSET-BACKED CERTIFICATES,** )
**SERIES 2006-11**, et al.,         )
           Defendants     )
_____ )

19

|                                                              |                                        |
|--------------------------------------------------------------|----------------------------------------|
|                                                              | ) **Adv. Proc. No. 17-01163-abl**     |
| **DESERT PINES VILLAS HOMEOWNERS**                           | )                                      |
| **ASSOCIATION,**                                             | )                                      |
|        Plaintiff,          | )                                      |
| v.                                                           | )                                      |
|                                                              | )                                      |
| **JOSPEH REDDEN**, et al.,                                    | )                                      |
| _____                         | ) **Adv. Proc. No. 17-01164-abl**     |
| **NATIONSTAR MORTGAGE,**                                      | )                                      |
|        Plaintiff,          | )                                      |
| v.                                                           | )                                      |
|                                                              | )                                      |
| **SUTTER CREEK HOMEOWNERS ASSOCIATION**,                     | )                                      |
| et al.,                                                      | )                                      |
|        Defendants          | )                                      |
| _____                         | ) **Adv. Proc. No. 17-01165-abl**     |
| **ALESSI & KOENIG, LLC,**                                     | )                                      |
|        Plaintiff,          | )                                      |
| v.                                                           | )                                      |
|                                                              | )                                      |
| **AKOP JACK NALBANDIAN**, et al.,                             | )                                      |
|        Defendants          | )                                      |
| _____                         | ) **Adv. Proc. No. 17-01167-abl**     |
| **TALLARD CT TRUST,**                                         | )                                      |
|        Plaintiff,          | )                                      |
| v.                                                           | )                                      |
|                                                              | )                                      |
| **MARK E. HALLER**, et al.,                                   | )                                      |
|        Defendants          | )                                      |
| _____                         | ) **Adv. Proc. No. 17-01170-abl**     |
| **ENGLISH FAMILY TRUST,**                                     | )                                      |
|        Plaintiff,          | )                                      |
| v.                                                           | )                                      |
|                                                              | )                                      |
| **CITIMORTGAGE, INC.**, et al.,                               | )                                      |
|        Defendants          | ) **Adv. Proc. No. 17-01175-abl**     |
| **2298 DRIFTWOOD TIDE TRUST,**                                | )                                      |
|        Plaintiff,          | )                                      |
|                                                              | )                                      |
| v.                                                           | ) **Hearing Date:  August 21, 2017**  |
|                                                              | ) **Hearing Time:  1:30 p.m.**        |
| **DORIS J. BARRETT**, et al.,                                 | )                                      |
| _____                         |                                        |

**ORDER REMANDING CASES TO STATE COURT FOR LACK OF JURISDICTION, AND
ALTERNATIVELY, ON EQUITABLE GROUNDS**

On May 25, 2017, and June 27, 2017, the Court conducted hearings on Motions to
Remand that had been docketed in the adversary proceedings identified in the caption above
(the "Removed Cases").  During those two hearings, parties were given the opportunity to
present arguments regarding the issues raised in the various remand motions.

On August 21, 2017, the Court entered its oral ruling on the remand motions filed in the
Removed Cases, identified in the caption (the "Remand Motions").[1]

To the extent that the Court made findings of fact and conclusions of law in the course
of its oral ruling on August 21, 2017, those findings of fact and conclusions of law are
incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52, made applicable in
this contested matter pursuant to Fed. R. Bankr. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Remand Motions are **GRANTED**, and each case identified in the
caption is remanded to the state court from which it was removed.

---

[1] The following five cases were inadvertently included in Appendix B during the Court's August
21, 2017 Oral Ruling: **1020 Oceanwood Trust et al., v. Duxford Financial, Inc**., et al., Ad. Case
No. 17-01048; **Desert Pine Villas Homeowners Association v. Raza Ali Agha**, et al., Ad. Case No.
17-01080; **TRP Fund IV, LLC. V. USROF III Legal Title Trust 2015-1**, et. al., Adv. Case No. 17-
01102; **Linda Fong v. Ocwen Loan Servicing LLC**, et al., Adv. Case No. 17-01130; **Select Portfolio
Servicing Inc., as Servicing Agent for HSBC Bank USA, National Association, as Trustee on
Behalf of the Holders of the Luminent Mortgage Loan Trust 2006-2 Mortgage Loan Pass-
Through Certificates, Series 2006-2 v. Ronald Leavitt**, et. al., Adv. Case No. 17-01159.

## Appendix A
## May 25, 2017 & June 27, 2017 Motion for Remand
## Hearing Participants

1.  **Ruperts Court Trust, et. al. v. Federal National Mortgage Association**, Adv. Case No. 17-01012.
2.  **Alessi & Koenig v. Maunland, LLC, et al.,** Adv. Case No. 17-01013.
3.  **Alessi & Koenig v. Weiss, et al.,** Adv. Case no. 17-01015.
4.  **KE Aloha Holdings, LLC v. Arsaga, et al.,** Adv. Case No. 17-01016.
5.  **Alessi & Koenig v. Storm et al.,** Adv. Case No. 17-01017.
6.  **LN Management LLC Series 7205 Vista Bonita v. Allsopp, et al.,** Adv. Case No. 17-01018.
7.  **Nevada Property Holdings LLC v. Blackford, et al.,** Adv. Case No. 17-01020.
8.  **Alessi & Koenig v. E & M Destiny LLC**, Adv. Case No. 17-01022.
9.  **Saticoy Bay LLC Series 4456 Acropolis v. Bank of America, N.A., et al.,** Adv. Case No. 17-01023.
10. **Holm International Properties, LLC v. Bank of America, N.A. et al.,** Adv. Case No. 17-01025.
11. **Oliver Sagebrush Drive Trust v. Nationstar Mortgage LLC, et. al.,** Adv. Case No. 17-01026.
12. **Alessi & Koenig v. Martin, et al.,** Adv. Case No. 17-01027.
13. **Keynote Properties, LLC v. Avila et al**., Adv. Case No. 17-01029.
14. **Alessi & Koenig v. Barnett, et al.,** Adv. Case No. 17-01030.
15. **Alessi & Koenig v. Black, et al.,** Adv. Case No. 17-01031.
16. **CKVC Investments LLC v. Bobe, et al.,** Adv. Case No. 17-01032.
17. **RJRN Holdings LLC v. Jenkins, et al.,** Adv. Case No. 17-01035.
18. **Alessi & Koenig v. Leeds, et al**., Adv. Case No. 17-01038.
19. **LN Management LLC Series 4980 Droubay v. Ozturk, et al.,** Adv. Case No. 17-01039.
20. **Alessi & Koenig v. Ajayi, et al.,** Adv. Case No. 17-01041.
21. **Howard Residential Inc. f/k/a American Home Mortgage Servicing Inc. v. Alessi & Koenig, et al.,** Adv. Case No. 17-01042.
22. **Saticoy Bay Series 4330 Melrose Abbey Place v. Bank of New York Mellon, fka The Bank of New York as Trustee for the Certificateholders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-3, Mortgage Pass-Through Certificates Series 2007-3, et al.,** Adv. Case No. 17-01043.
23. **Pennymac Holdings, LLC v. Platonova, et al.,** Adv. Case No. 17-01045.
24. **Bank of New York Mellon, fka The Bank of New York as Trustee for the Certificateholders of the CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-OA4,**

**Mortgage Pass-Through Certificates Series 2006-OA4, et al., v. SFR Investments Pool 1, LLC et.al**., Adv. Case No. 17-01046.

25. **Alessi & Koenig v. Hebert, et al.,** Adv. Case No. 17-01047.

26. **Bayview Loan Servicing, LLC v. Valdez, et al.,** Adv. Case No. 17-01050.

27. **KE Aloha Holdings, LLC v. Cherkassky, et al.,** Adv. Case No. 17-01051.

28. **NV Eagles, LLC v. Countrywide Home Loans, Inc., et al.,** Adv. Case No. 17-01053.

29. **LVDG, LLC v. Sharma, et al.,** Adv. Case No. 17-01054.

30. **LN Management LLC Series 8729 Autumn Valley v. Szukala, et al.,** Adv. Case No. 17-01057.

31. **SMM Capital, LLC v. Bank of America, N.A., et al.,** Adv. Case No. 17-01058.

32. **LN Management LLC Series 5227 English Aster v. Hardy, et al**., Adv. Case No. 17-01059.

33. **LN Management Series 2016, Navasota v. Hernandez, et. al**., Adv. Case No. 17-01060.

34. **LN Management Series 2216 Saxton Hill v. Pena, et. al.,** Adv. Case No. 17-01061.

35. **Alessi & Koenig v. Shi, et. al.,** Adv. Case No. 17-01063.

36. **Steijum Holding, LC v. Bank of America, N.A. , et al.,** Adv. Case No. 17-01064.

37. **Las Vegas Development Group, LLC v. Dorantes, et. al**., Adv. Case No. 17-01065.

38. **LN Management LLC Series 7229 Painted Shadows v. Pollock, et. al**., Adv. Case No. 17-01067.

39. **LN Management LLC Series 5310 Joshua Jose v. Tignor, et. al.,** Adv. Case No. 17-01068.

40. **LN Management LLC Series 769 Oakmont v. BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP et. al.,** Adv. Case No. 17-01069.

41. **U.S. Bank, National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 v. SFR Investments Pool 1, LLC,** Adv. Case No. 17-01070.

42. **Alessi & Koenig LLC v. BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP, et. al.,** Adv. Case No. 17-01071.

43. **Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2002-C v. LVDG LLC Series 180, et. al.,** Adv. Case No. 17-01072.

44. **Deutsche Bank Trust Company, Americas as Trustee RALI 2006QA5 v. SFR Investments Pool 1, LLC, et. al.,** Adv. Case No. 17-01073.

45. **Alessi & Koenig, LLC v. Wood, et. al.,** Adv. Case No. 17-01074.

46. **Anna Yi, Individual and as Trustee of the Yi S & A Family Trust v. Royal Highlands Street and Landscape Maintenance Corporation, et. al.,** Adv. Case No. 17-01075.

47. **Reno Project Management, LLC v. Theofanides, et. al.,** Adv. Case No. 17-01076.

48. **Sanucci Ct Trust v. Elevado,** et. al., Adv. Case No. 17-01077

49. **Alessi & Koenig LLC v. Lewis, et. al.,** Adv. Case No. 17-01082.

50. **Nationstar Mortgage, LLC v. SFR Investments Pool 1, LLC , et. al.,** Adv. Case No. 17-01085.

51. **River Gilder Avenue Trust v. Recontrust Company, NA, et. al.,** Adv. Case No. 17-01089.

52. **Desert Pine Villas Homeowners Association v. Kabiling, et. al**., Adv. Case No. 17-01090.

53. **Keynote Properties, LLC v. Select Portfolio Servicing, Inc., as Servicing Agent for Wells Fargo Bank, N.A. as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-12, et. al.,** Adv. Case No. 17-01091.

54. **Solomon v. Biernacki, et al.,** Adv. Case No. 17-01092.

55. **South Land Holding Family Trust v. SFR Investments Pool 1, LLC, et al.,** Adv. Case No. 17-01097.

56. **Alliant Commercial LLC v. Green Tree Servicing LLC, et al.,** Adv. Case No. 17-01100.

57. **Alessi & Koenig, LLC v. Croteau, et al.,** Adv. Case No. 17-01103.

58. **Alessi & Koenig, LLC v. Las Vegas Valley Water District Adv., et al.,** Case No. 17-01105.

59. **Rodney Holdings, LC v. Cirone, et al**., Adv. Case No. 17-01106.

60. **Nationstar Mortgage, LLC v. SFR Investments Pool 1, LLC, et al**., Adv. Case No. 17-01107.

61. **SFR Investments Pool 1, LLC. V. Deutsche Bank National Trust, as Trustee for GSR Mortgage Loan Trust 2006-OA1, et al.,** Adv. Case No. 17-01108.

62. **Wells Fargo Bank, N.A., as Trustee on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 v. Trashed Home Corp., et. al.,** Adv. Case No. 17-01109.

63. **Wells Fargo Bank, N.A., as Trustee on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 v. Salomon, et al.,** Adv. Case No. 17-01112.

64. **Alessi & Koenig, LLC v. Triplett, et al.,** Adv. Case No. 17-01113.

65. **U.S. Bank Trust, as Trustee for LSF8 Master Participation Trust v. SFR Investments Pool 1, LLC.,** Adv. Case No. 17-01117.

66. **HSBC Bank USA National Association, as Trustee on behalf of the Certificateholders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-Bar1, Mortgage Pass-Through Certificates, Series 2007-Bar1, v. Log Cabin Manor Homeowners Association, et al.,** Adv. Case No. 17-010119.

67. **Bank of New York Mellon, as Trustee of Behalf of the Alternative Loan Trust 2005-06, Mortgage Pass-Through Certificates, Series 2005-06 v. SFR Investments Pool 1, LLC. et al.,** Adv. Case No. 17-01121.

68. **LN Management LLC Series 5576 Rochelle 8C v. Omori, et al.,** Adv. Case No. 17-01127.

69. **Prof-2013-M4 Legal Title Trust, by U.S. Bank National Association, as legal Title Trustee v. SFR Investments Pool 1, LLC**, Adv. Case No. 17-01129.

70. **U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement Dated May 1, 2006, GSAMP Trust 2006-HE3, Mortgage Pass-Through Certificates, Series 2006-H3 v. SFR Investments Pool 1, LLC**, Adv. Case No. 17-01133.

71. **Bank of New York Mellon, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2004-32CB Mortgage Pass-Through Certificates, Series 2004-32CB v. Villa Avada CT Trust, et al.,** Adv. Case No. 17-01134.

72. **Las Vegas Development Group, LLC v. US Investment Series 177, et al.,** Adv. Case No. 17-01135.

73. **RJRN Holdings, LLC v. Preston, et al.,** Adv. Case No. 17-01136.

74. **Bank of New York Mellon, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56 v. SFR Investments Pool 1, LLC.** Adv. Case No. 17-01137.

75. **Casa Christina LN Trust v. Michael, et al.,** Adv. Case No. 17-01138.

76. **U.S. Bank National Association, as Successor Trustee to Bank of America, N.A., as Successor to LaSalle Bank, N.A. as trustee for the holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 20007-FF2 v. SFR Investments Pool 1, LLC, et al.,** Adv. Case No. 17-01139.

77. **Resources Group, LLC, as Trustee of the Bourne Valley Court Trust v. U.S. Bank, National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates 2005-10 v. Copperhead Hills Landscape Maintenance Association, et al.,** Adv. Case No. 17-01140.

78. **Wells Fargo Bank, NA, as Trustee on behalf of the holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 v. Terrafirma Ventures, LLC**, Adv. Case No. 17-01141.

79. **Citibank, N.A. as Trustees for the Certificateholders of the Structured Asset Mortgage Investments Inc., Bear Sterns Alt-A Trust, Mortgage Pass-Through Certificates Series 2006-8 v. LN Management, LLC Series 3377 Milenko, et al.,** Adv. Case No. 17-01142.

80. **Holm International Properties LLC v. Litton Loan Servicing, LP, et al.,** Adv. Case No. 17-01143.

81. **U.S. Bank National Association, as Trustee, on behalf of the Holders of the Harbor View Mortgage Loan Trust 2006-1 Mortgage Loan Pass-Through Certificates, Series 2006-1 v. Resources Group , LLC, as Trustee for Daisy Trust, et al.,** Adv. Case No. 17-01145.

82. **Prairie Flower Holdings, LLC v. Wells Fargo Bank, N.A., as Trustee for the benefit of the certificate Holders Park Place Securities, Inc., Asset-backed Pass-Through Certificates, Series 2005-WCW2, et al.,** Adv. Case No. 17-01146.

83. **Alessi & Koenig, LLC. v. Moore, et al.,** Adv. Case No. 17-01147.

84. **Suzannah R. Noonan, IRA, LLC v. James M. Allred IRA,** LLC., et al., Adv. Case No. 17-01148.

85. **Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee of ARLP Trust 3 v. SFR Investments Pool 1, LLC et al.,** Adv. Case No. 17-01149.

86. **Deutsche Bank National Trust company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2006-H#6, Mortgage Pass-Through Certificates, Series 2006-HE6 v. Keynote Properties, LLC, et al.,** Adv. Case No. 17-01150.

87. **Keynote Properties, LLC, v. Deutsche Bank National Trust Company, et. al.,** Adv. Case No. 17-01151.

88. **Salomon v. Braud, et al**., Adv. Case No. 17-01153.

89. **Bank of New York Mellon, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-19CB, Mortgage Pass-Through Certificates, Series 2006-19C, et al.,** Adv. Case No. 17-01154.

90. **International Freedom Industries LLC v. Green Tree Servicing LLC, nka Ditech Financial LLC, et. al.,** Adv. Case No. 17-01155.

91. **CSC Acquisitions and Holding Group. LLC v. Li, et al.,** Adv. Case No. 17-01157.

92. **Alessi & Koenig, LLC v. The Bank of New York Mellon, as Trustee for the CertificateHolders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-11, et al.,** Adv. Case No. 17-01160.

93. **LN Management LLC Series 2216 Saxton Hill v. Pena**, et. al., Adv. Case No. 17-01161.

94. **Desert Pine Villas Homeowners Association v. Redden, et al.,** Adv. Case No. 17-01163.

95. **Nationstar Mortgage v. Sutter Creek Homeowners Association, et al**., Adv. Case No. 17-01164.

96. **Alessi & Koenig, LLC v. Nalbandian, et al.,** Adv. Case No. 17-01165.

97. **Talard CT Trust v. Haller, et al.,** Adv. Case No. 17-01167.

98. **English Family Trust v. Citimortgage, Inc., et al.,** Adv. Case No. 17-01170.

99. **2298 Driftwood Tide Trust v. Barrett, et al.,** Adv. Case No. 17-01175.

## Appendix B
## DEBTOR IS NOT A PARTY to the Removed Case

1.  **Nevada Property Holdings, LLC v. Blackford, et. al.**, Adv. Case No. 17-01020.

2.  **LN Management LLC Series 4980 Droubay v. Azturk, et. al**., Adv. Case No. 17-01039.

3.  **PennyMac Holdings, LLC v. Platonova, et. al**., Adv. Case No. 17-01045.

4.  1020 Oceanwood Trust et al., v. Duxford Financial, Inc., et al., Adv. Case No. 17-01048.[2]

5.  **Bayview Loan Servicing, LLC v. Valdez. Et. al**., Adv. Case No. 17-01050.

6.  **SMM Capital, LLC v. Bank of America, NA, et. al**., Ad. Case No. 17-01058

7.  **LN Management LLC Series 5227 English Aster, v. Hardy, et. al**., Adv.  Case No. 17-01059

8.  **LN Management LLC Series 2016, Navasota v. Hernandez, et. al**., Adv. Case No. 17-01060.

9.  **LN Management LLC Series 2216 Saxton Hill, v. Pena, et. al**., Adv. Case No. 17-01061.

10. **Las Vegas Development Group, LLC v. Dorantes, et. al.**, Adv. Case No. 17-01065.

11. **LN Management LLC Series 7229 Painted Shadows, LLC v. Pollock, et. al**., Adv. Case No. 17-01067.

12. **LN Management LLC Series 5310 Joshua Jose v. Tignor, et. al**., Adv. Case No. 17-01068.

13. **U.S. Bank, National Association as Trustee for Merrill Lunch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, SERIES 2005-A8 v. SFR Investments Pool 1, LLC**, Adv. Case No. 17-01070.

14. **Deutsche Bank Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2002-C, v. LVDG LLC Series 180, LLC, et. al**., Ad. Case No. 17-01072.

15. **Deutsche Bank Trust Company Americas as Trustee RALI 2006QA5, v. SFR Investments Pool 1, LLC.**, Adv. Case No. 17-01073.

16. Desert Pine Villas Homeowners Association v. Agha, et al., Adv. Case No. 17-01080.[3]

---

[2] This case was inadvertently included in this Appendix.

17. **River Glider Avenue Trust v. The Bank of New York Mellon fka The Bank of New York as Trustee of the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-24CB, Mortgage Pass Through Certificates, Recontrust Company, N.A**., Adv. Case No. 17-01089.

18. TRP Fund IV, LLC. V. USROF III Legal Title Trust 2015-1, et. al., Adv. Case No. 17-01102.[4]

19. **Rodney Holdings, LLC v. Cirone, et. al.,** Adv. Case No. 17-01106.

20. **Wells Fargo Bank, NA as Trustee on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 v. Salmon**, Adv. Case No. 17-01112.

21. **U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust v. SFR Investments Pool 1., et., al**., Adv. Case No. 17-01117.

22. **Bank of New York Mellon fka The Bank of New York as Trustee on behalf of the Alternative Loan Trust 2005-06, Mortgage Pass-Through Certificates, Series 2005-06 v. SFR Investments Pool 1, LLC., et. al**., Adv. Case No. 17-01121.

23. 4300 N. Lamont 268 Trust v. Haile, et. al., Ad. Case No. 17-01125.[5]

24. **Prof-2013 Legal Trust, by U.S. Bank National Association, as Legal Title Trustee v. SFR Investments Pool 1, LLC**, Adv. Case No. 17-01129.

25. **Fong v. Ocwen Loan Servicing LLC. et al**., Adv. Case No. 17-01130.[6]

26. **U.S. Bank, National Association as Trustee under the Pooling and Servicing Agreement Dated as of May 1, 2006, GSAMP Trust 2006-HE3, Mortgage Pass-Through Certificates, Series 2006-HE3 v. SFR Investments Pool 1, LLC, et. al**., Adv. Case No. 17-01133.

27. **Las Vegas Development Group, LLC v. U.S. Investment Series 177., et. al.,** Adv. Case No. 17-01135.

28. **Bank of New York Mellon fka The Bank of New York as Trustee on behalf of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-56, Mortgage Pass Through Certificates, Series 2005-56 v. SFR Investments Pool 1, LLC., et. al**., Adv. Case No. 17-01137.

---

[3] This case was inadvertently included in this Appendix.
[4] This case was inadvertently included in this Appendix.
[5] This case was inadvertently included in this Appendix.
[6] This case was inadvertently included in this Appendix.

29.  **Casa Christina LN Trust v. Koman, et. al**., Adv. Case No. 17-01138.

30.  **Holm International Properties, LLC v. Litton Loan Servicing, LP, et. al**., Adv. Case No. 17-01143.

31.  **U.S. Bank National Association, as Trustee, on behalf of the  Holders of the Harbor View Mortgage Loan Trust 2006-1 Mortgage Loan Pass-through Certificates, Series 2006-1, v. Resources Group, LLC, as Trustee for Daisy Trust, et. al**., Adv. Case No. 17-01045.

32.  **Suzannah R. Noonan, IRA, LLC., et al. v. Iannakiev, et. al**., Adv. Case No. 17-01148.

33.  **Christina Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee of ARLP Trust 3 v. SFR Investments Pool 1, LLC**., Adv. Case No. 17-01149.

34.  **Deutsche Bank Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 v. Keynote Properties, LLC, et. al**., Adv. Case No. 17-01150.

35.  **Keynote Properties, LLC v. Ortega, et. al**., Adv. Case No. 17-01151.

36.  **International Freedom Industries, LLC v. Sines, et. al**., Adv. Case No. 17-01155.

37.  **CSC Acquisitions & Holding Group, LLC v. Li, et. al**., Adv. Case No. 17-01157

38.  Select Portfolio Servicing Inc., as Servicing Agent for HSBC Bank USA, National Association, as Trustee on Behalf of the Holders of the Luminent Mortgage Loan Trust 2006-2 Mortgage Loan Pass-Through Certificates, Series 2006-2 v. Ronald Leavitt, et. al., Adv. Case No. 17-01159[7]

39.  **2298 Driftwood Tide Trust v. Barrett, et. al**., Adv. Case No. 17-01175.

---

[7] This case was inadvertently included in this Appendix.